From: **Dow, David R** DDow@Central.UH.edu
Subject: spiritual advisor for patrick murphy
Date: February 28, 2019 at 2:09 PM
To: Sharon.Howell@tdcj.texas.gov
Cc: Newberry, Jeff jrnewber@Central.UH.EDU

sharon --

you may be aware that i represent patrick murphy, who is scheduled to be executed on
march 28.  i am writing about the issue of a spiritual advisor.

murphy is a buddhist.  his spiritual advisor is reverend hui-yong shih.  murphy would like
hui-yong to be present with him in the execution chamber because murphy's faith teaches
that, in order to enter into what he understands to be the "pure land," he must focus on the
buddha at the time of death, and reverend shih's presence in the chamber would make that
possible.

murphy's religion also dictates that the body of a deceased person not be disturbed for seven
days after the person has died. we realize asking this of TDCJ is a long shot (but i am
nevertheless asking anyway), but, as a fallback position, reverend shih has advised murphy
it would suffice to honor this tradition for his body not to be disturbed for seven minutes
after he is killed.  murphy's believes that the chaplain who is ordinarily present in the
execution chamber during executions holds the toe of the person who is being killed until he
dies. however, because being touched at the time he dies would violate his belief that his
body should not be disturbed, murphy also requests that the chaplain, if present, not touch
him.

i am happy to arrange a time to chat about these requests.  i think they are reasonable and
hope we can address them administratively rather than through litigation.

my usual thanks for your attention,

-- drd


David R. Dow
Cullen Professor, University of Houston Law Center
Rorschach Visiting Professor of History, Rice University
4604 Calhoun Rd., Houston, TX 77204-6060
713-743-2171, DDow@UH.edu
www.davidrdow.com,  @drdow
assistant: Lillian A. White, LAWhite@central..uh.edu, 713-743-7674