**From:** Sharon Howell Sharon.Howell@tdcj.texas.gov
**Subject:** RE: spiritual advisor for patrick murphy
**Date:** March 5, 2019 at 9:35 AM
**To:** Dow, David R DDow@Central.UH.edu
**Cc:** Newberry, Jeff jrnewber@Central.UH.EDU, Marshall, Edward Edward.Marshall@oag.texas.gov

David –

The presence of the TDCJ chaplain is entirely an inmate's choice, so your request that the chaplain not touch Mr. Murphy is fine. The chaplain does not even need to be present in the chamber if Mr. Murphy would prefer that. We also do not have a problem with the body resting for seven minutes after his death. That timing is consistent with what happens with every execution performed in Texas. We will not agree to let the body rest undisturbed for seven days after death.

We do not permit a non-TDCJ employee be present in the execution chamber during the execution, which precludes Mr. Murphy's spiritual advisor from being present. Mr. Murphy should place his spiritual advisor on his witness list, and that way the spiritual advisor can observe through the window in the witness room. If Mr. Murphy would like to visit with his spiritual advisor prior to the execution, we can provide a time beginning at 3 pm and ending no later than 4 pm on the day of the execution, as we have done for other inmates.

Please let me know if you have any questions or if you have any arrangements that you would like to make.

Sharon Felfe Howell
General Counsel
Phone: 936.437.2141

The information contained in this email and any attachments is intended for the exclusive use of the addressee(s) and may contain confidential, privileged, or proprietary information. Any other use of these materials is strictly prohibited. This email may not be forwarded outside the Texas Department of Criminal Justice, Office of the General Counsel, without the permission of the original sender. If you have received this material in error, please immediately notify me by telephone and destroy all electronic, paper, or other versions

**From:** Dow, David R [mailto:DDow@Central.UH.edu]
**Sent:** Thursday, February 28, 2019 2:09 PM
**To:** Sharon Howell <Sharon.Howell@tdcj.texas.gov>
**Cc:** Newberry, Jeff <jrnewber@Central.UH.EDU>
**Subject:** spiritual advisor for patrick murphy

**CAUTION:** This email was received from an EXTERNAL source, use caution when clicking links or opening attachments.

> or opening attachments.
> If you believe this to be a malicious and/or phishing email, please contact the Information Security Office (ISO).

sharon --

you may be aware that i represent patrick murphy, who is scheduled to be executed on march 28.  i am writing about the issue of a spiritual advisor.

murphy is a buddhist.  his spiritual advisor is reverend hui-yong shih.  murphy would like hui-yong to be present with him in the execution chamber because murphy's faith teaches that, in order to enter into what he understands to be the "pure land," he must focus on the buddha at the time of death, and reverend shih's presence in the chamber would make that possible.

murphy's religion also dictates that the body of a deceased person not be disturbed for seven days after the person has died. we realize asking this of TDCJ is a long shot (but i am nevertheless asking anyway), but, as a fallback position, reverend shih has advised murphy it would suffice to honor this tradition for his body not to be disturbed for seven minutes after he is killed.  murphy's believes that the chaplain who is ordinarily present in the execution chamber during executions holds the toe of the person who is being killed until he dies. however, because being touched at the time he dies would violate his belief that his body should not be disturbed, murphy also requests that the chaplain, if present, not touch him.

i am happy to arrange a time to chat about these requests.  i think they are reasonable and hope we can address them administratively rather than through litigation.

my usual thanks for your attention,

-- drd


David R. Dow
Cullen Professor, University of Houston Law Center
Rorschach Visiting Professor of History, Rice University
4604 Calhoun Rd., Houston, TX 77204-6060
713-743-2171, DDow@UH.edu
www.davidrdow.com,  @drdow
assistant: Lillian A. White, LAWhite@central..uh.edu, 713-743-7674