IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| **PATRICK HENRY MURPHY, JR.,** § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> **BRYAN COLLIER,** Executive Director, § <br> Texas Department of Criminal Justice, § <br> Huntsville, Texas § <br> § Civil No. 4:19-CV-01106 <br> **LORIE DAVIS,** Director, Texas Department § ***CAPITAL CASE*** <br> of Criminal Justice, Correctional Institutions § <br> Division, Huntsville, Texas § <br> § <br> **BILLY LEWIS,** Warden, Texas Department § <br> of Criminal Justice, Huntsville Unit, § <br> Huntsville, Texas § <br> § <br> *Defendants*. § | |

## PLAINTIFF'S NOTICE OF APPEARANCE OF COUNSEL

Plaintiff Patrick Henry Murphy filed a Complaint pursuant to 42 U.S.C. § 1983 on March 26, 2019. The undersigned attorney hereby enters this appearance as lead counsel for Mr. Murphy. Jeffrey R. Newberry will continue to represent Mr. Murphy as co-counsel.

1

Respectfully submitted,

/s/ David R. Dow

_____
David R. Dow
Texas Bar No. 06064900
University of Houston Law Center
4604 Calhoun Rd.
Houston, Texas 77204-6060
Tel. (713) 743-2171
Fax (713) 743-2131

*Counsel for Patrick Henry Murphy*

## Certificate of Service

I certify that on March 26, 2019 a true and correct copy of the above pleading was delivered via email to:

Gwen Vindell
Matthew Ottoway
Criminal Appeals Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Email: Gwendolyn.Vindell2@oag.texas.gov;
Matthew.Ottoway@oag.texas.gov

s/ David R. Dow
_____
David R. Dow
