# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Courts
Southern District of Texas
FILED
*March 28, 2019*
David J. Bradley, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
March 27, 2019
Lyle W. Cayce
Clerk

No. 19-70007

D.C. Docket No. 4:19-CV-1106

PATRICK HENRY MURPHY,

    Plaintiff - Appellant

v.

BRYAN COLLIER, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE; LORIE DAVIS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION; BILLY LEWIS, Warden,

    Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas

Before SMITH, ELROD, and HIGGINSON, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.



Certified as a true copy and issued
as the mandate on Mar 27, 2019

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

March 27, 2019

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 19-70007    Patrick Murphy v. Bryan Collier, et al  
                       USDC No. 4:19-CV-1106

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____  
                                  Nancy F. Dolly, Deputy Clerk  
                                  504-310-7683

cc:   Mr. David R. Dow  
      Mr. Matthew Dennis Ottoway  
      Ms. Gwendolyn Suzanne Vindell