IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| **PATRICK HENRY MURPHY, JR.,** *Plaintiff*, | § § § |
| v. | § § § |
| **BRYAN COLLIER,** Executive Director, Texas Department of Criminal Justice, Huntsville, Texas | § § § § |
| **LORIE DAVIS,** Director, Texas Department of Criminal Justice, Correctional Institutions Division, Huntsville, Texas | § Civil No.4:19-cv-01106 § ***CAPITAL CASE*** § § § |
| **BILLY LEWIS,** Warden, Texas Department of Criminal Justice, Huntsville Unit, Huntsville, Texas | § § § § § |
| *Defendants*. | § |

## Certificate of Interested Persons

Pursuant to this Court's April 1 Order for Conference and

Disclosure of Interested Parties, Counsel for Plaintiff file this

Certificate of Interested Persons. Plaintiff is not a corporate party. No

persons, associations of persons, firms, partnerships, corporations,

1

affiliates, parent corporations, or other entities are financially interested in the outcome of this litigation.

Respectfully submitted,

| /s/ David R. Dow | /s/ Jeffrey R. Newberry |
|---|---|
| David R. Dow | Jeffrey R. Newberry |
| Texas Bar No. 06064900 | Texas Bar No. 24060966 |
| University of Houston Law Center | University of Houston Law Center |
| 4604 Calhoun Rd. | 4604 Calhoun Rd. |
| Houston, Texas 77204-6060 | Houston, Texas 77204-6060 |
| Tel. (713) 743-2171 | Tel. (713) 743-6843 |
| Fax (713) 743-2131 | Fax (713) 743-2131 |

*Counsel for Patrick Henry Murphy, Plaintiff*

## Certificate of Service

  I certify that on April 16, 2019, I electronically filed the foregoing pleading using the electronic case-filing system of the Court. A notice of electronic filing was sent to:

 Leah O'Leary
 Amy Prasad
 Office of the Attorney General
 P.O. Box 12548 7th Fl.
 William P. Clements Building
 Austin, Texas 78711-2548
 Tel. 512-463-2080

                s/ Jeffrey R. Newberry
                _____
                Jeffrey R. Newberry