IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICK HENRY MURPHY, JR., *Plaintiff,* <br><br> v. <br><br> BRYAN COLLIER, Executive Director of the Texas Department of Criminal Justice; LORIE DAVIS, Director of the Texas Department of Criminal Justice–Correctional Institutions Division; and BILLY LEWIS, Warden of the Huntsville Unit, *Defendants.* | § § § § § § § § § § § § § | CIVIL ACTION NO. 4:19-cv-1106 |

**DEFENDANTS BRYAN COLLIER, LORIE DAVIS, AND BILLY LEWIS'S FIRST SUPPLEMENTAL DISCLOSURES TO PLAINTIFF**

To: Patrick Henry Murphy, Jr., c/o David R. Dow and Jeffrey R. Newberry, University of Houston Law Center, 4604 Calhoun Road, Houston, TX 77204.

Defendants Bryan Collier, Lorie Davis, and Billy Lewis submit their first supplemental disclosures to Plaintiff pursuant to FED. R. CIV. P. 26(a)(1).

**II.**

A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:

1. **TDCJ Crisis Response Intervention Support Program (CRISP) Plan, adopted October 2018**, with supporting business records affidavit. [Bates Nos. 1316-1337];

2. **TDCJ Executive Directive ED-02.29 (rev. 1) Records Management**. [Bates Nos. 1338-1342];

3. **TDCJ Chaplaincy Manual Policy 08.01 (rev. 2) Records Retention – Unit Chaplaincy Department Files**. [Bates Nos. 1343-1347];

4. **Documents from Former Chaplain David Collier regarding executions he has aided or participated in.** [Bates Nos. 1348-1684];

5. **Death Row Religious Preferences within TDCJ as of May 31, 2019**. [Bates No. 1685];

6. **Death Row Religious Preferences within TDCJ by Name**. [Bates Nos. 1686-1690].

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**DARREN L. MCCARTY**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Chief, Law Enforcement Defense Division

*/s/ Leah O'Leary*
**LEAH O'LEARY**
Deputy Chief,
Law Enforcement Defense Division
Attorney in Charge
Texas Bar No. 24079074
Southern District No. 1563191
Leah.Oleary@oag.texas.gov

**AMY L. PRASAD**
Assistant Attorney General
Co-Counsel
Texas Bar No. 24037295
Southern District No. 563045
Amy.Prasad@oag.texas.gov

Law Enforcement Defense Division
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 370-9918

**ATTORNEYS FOR DEFENDANTS COLLIER, DAVIS, AND LEWIS**

## CERTIFICATE OF SERVICE

I, **LEAH O'LEARY**, Assistant Attorney General of Texas, certify that a true and correct copy of the foregoing has been served by e-mail on June 14, 2019, addressed to:

David R. Dow
ddow@central.uh.edu

Jeffrey R. Newberry
jrnewber@central.uh.edu

*/s/ Leah O'Leary*
**LEAH O'LEARY**
Assistant Attorney General



0 – 3 – 3
HH – DH – DC
2016
6

**Murphy 1348**

March 29, 2007

Name: Roy Lee Pippin D.R. # 999170

DOB: 4 / 30 / 55 Received: 11 / 3 / 95 Age: 40 (when rec'd)

County: Harris Date of offense: 5 / 4 / 94

Age at time of offense: 39 Race: white Height: 5-11

Weight: 235 Eyes: brown Hair: brown

#1

Native County: Harris State: Texas

Prior Occupation: AC/Heating Tech. Education level: 12 yrs.

Prior prison record:

None

Summary: Convicted in the kidnapping and shooting deaths of Elmer Buitrago and Fabio Buitrago in Houston. Pippin was part of a Columbian-linked organization that moved millions of dollars in drug sale proceeds across the border. When $1.6 million turned up missing, Pippin and four co-defendants kidnapped the Buitragos and two other men and took them to a warehouse where Pippin ran an air conditioning repair service. There, Elmer and Fabio Buitrago were shot, along with a third man, Javier Riasco. The fourth man, Jair Salas, escaped after being beaten. Fabio Buitrago died at the warehouse. Elmer managed to run to a neigboring apartment complex before collasping in the court yard. He died 14 hours later at a hospital.

Co-Defendants:

Aaron Loweth W/M, DOB: 4/30/55, Rec. 11/9/95, Harris Co., 4 yrs., Poss. of CS & kidnapping #731753. Other co-defenants: Abraham Pacheco, Jorge Pulido, and Flavio Salazar. Charges and disposition not immediately known.

Race of Victim(s):

Two Hispanic males

Murphy 1349

Death Row Information Case 4:19-cv-01106 Document 37-2 Filed on 07/12/19 in TXSD Page 6 of 14 Page 1 of 1

Skip to Main Content
Employee Resources TDCJ Intranet Contact Us Información en Español

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

Home Public Resources Employment About TDCJ Online Services Search

HOME | DEATH ROW | INFORMATION | Death Row Information

## *Offender Information*

### *Last Statement*

**Date of Execution:**

March 29, 2007

**Offender:**

Pippin, Roy

**Last Statement:**

Yes sir, I charge the people of the jury. Trial Judge, the Prosecutor that cheated to get this conviction. I charge each and every one of you with the murder of an innocent man. All the way to the CCA, Federal Court, 5th Circuit and Supreme Court. You will answer to your Maker when God has found out that you executed an innocent man. May God have mercy on you. My love to my son, my daughter, Nancy, Kathy, Randy, and my future grandchildren. I ask for forgiveness for all of the poison that I brought into the US, the country I love. Please forgive me for my sins. If my murder makes it easier for everyone else let the forgiveness please be a part of the healing. Go ahead Warden, murder me. Jesus take me home.

Employee Resources | Report Waste, Fraud, and Abuse of TDCJ Resources | State Agency Energy Savings Program | TDCJ Intranet
Site Policies | Texas Correctional Industries | TexasOnline | Texas Veterans Portal | Texas Homeland Security | TRAIL Statewide Search | Adobe Reader
Texas Department of Criminal Justice | P.O. Box 99 | Huntsville, Texas 77342-0099 | (936) 295-6371

Murphy 1350
http://tdcj.state.tx.us/death_row/dr_info/pippinroylast.html 3/26/2014

12-15-07 to 1-31-17 > 158 EXECUTIONS

HOSPITALITY HOUSE > 20

DEA HOUSE > 67

DEATH CHAMBER > 71

} 158 EXECUTIONS

Death Row Information Case 4:19-cv-01106 Document 37-2 Filed on 07/12/19 in TXSD Page 8 of 14 Page 1 of 2

Skip to Main Content

Employee Resources TDCJ Intranet Contact Us Información en Español

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

Home Public Resources Employment About TDCJ Online Services Search

HOME | DEATH ROW | Death Row Information

## *Executions*

*December 7, 1982 through April 7, 2016*

| Race | White | | Black | | Hispanic | | Other | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | 4 | 67% | 0 | 0% | 2 | 33% | 0 | 0% | 6 | 100% |
| 2015 | 3 | 23% | 4 | 31% | 6 | 46% | 0 | 0% | 13 | 100% |
| 2014 | 2 | 20% | 4 | 40% | 4 | 40% | 0 | 0% | 10 | 100% |
| 2013 | 5 | 31% | 8 | 50% | 3 | 19% | 0 | 0% | 16 | 100% |
| 2012 | 4 | 27% | 7 | 47% | 4 | 27% | 0 | 0% | 15 | 100% |
| 2011 | 6 | 46.00% | 3 | 23.00% | 4 | 31.00% | 0 | 0% | 13 | 100% |
| 2010 | 7 | 41.20% | 5 | 29.40% | 5 | 29.40% | 0 | 0.00% | 17 | 100% |
| 2009 | 4 | 16.70% | 13 | 54.20% | 7 | 29.20% | 0 | 0% | 24 | 100% |
| 2008 | 6 | 33.30% | 9 | 50.00% | 3 | 16.70% | 0 | 0% | 18 | 100% |
| 2007 | 12 | 46.20% | 8 | 30.80% | 6 | 23.10% | 0 | 0% | 26 | 100% |
| 2006 | 5 | 20.80% | 14 | 58.30% | 5 | 20.80% | 0 | 0% | 24 | 100% |
| 2005 | 11 | 57.90% | 5 | 26.30% | 3 | 15.80% | 0 | 0% | 19 | 100% |
| 2004 | 8 | 34.80% | 12 | 52.20% | 3 | 13.00% | 0 | 0% | 23 | 100% |
| 2003 | 14 | 58.30% | 7 | 29.20% | 3 | 12.50% | 0 | 0% | 24 | 100% |
| 2002 | 17 | 51.50% | 11 | 33.30% | 5 | 15.20% | 0 | 0% | 33 | 100% |
| 2001 | 10 | 58.80% | 6 | 35.30% | 1 | 5.90% | 0 | 0% | 17 | 100% |
| 2000 | 19 | 47.50% | 16 | 40.00% | 5 | 12.50% | 0 | 0% | 40 | 100% |
| 1999 | 17 | 48.60% | 11 | 31.40% | 7 | 20.00% | 0 | 0% | 35 | 100% |
| 1998 | 13 | 65.00% | 2 | 10.00% | 5 | 25.00% | 0 | 0% | 20 | 100% |
| 1997 | 21 | 56.80% | 13 | 35.10% | 2 | 5.40% | 1 | 2.70% | 37 | 100% |
| 1996 | 1 | 33.30% | 1 | 33.30% | 1 | 33.30% | 0 | 0% | 3 | 100% |
| 1995 | 8 | 42.10% | 8 | 42.10% | 2 | 10.50% | 1 | 5.30% | 19 | 100% |
| 1994 | 9 | 64.30% | 4 | 28.60% | 1 | 7.10% | 0 | 0% | 14 | 100% |
| 1993 | 6 | 35.30% | 7 | 41.20% | 4 | 23.50% | 0 | 0% | 17 | 100% |
| 1992 | 5 | 41.70% | 5 | 41.70% | 2 | 16.70% | 0 | 0% | 12 | 100% |

Handwritten annotations: 2017 Ø; 1/31/17 Retired; FIRST EXECUTION BY PIPPIN 3/29/07; 12/15/06 START ON DEATH ROW; TOTAL 158

| HH | DH | OC |
|---|---|---|
| 25 | 61 | 71 |
| Ø | Ø | Ø |
| Ø | 3 | 3 |
| Ø | 6 | 7 |
| Ø | 4 | 6 |
| 1 | 6 | 9 |
| Ø | 9 | 6 |
| Ø | 6 | 7 |
| 1 | 6 | 10 |
| 4 | 8 | 12 |
| 7 | 5 | 6 |
| 7 | 14 | 5 |
| Ø | Ø | Ø |

155 MEN
3 WOMEN
158 TOTAL

Murphy 1352

http://www.tdcj.texas.gov/death_row/dr_executions_by_year.html 5/16/2016

Death Row Information Case 4:19-cv-01106 Document 37-2 Filed on 07/12/19 in TXSD Page 9 of 14 Page 2 of 2

| 1991 | 2 | 40% | 2 | 40% | 1 | 20% | 0 | 0% | 5 | 100% |
|---|---|---|---|---|---|---|---|---|---|---|
| 1990 | 2 | 50% | 2 | 50% | 0 | 0% | 0 | 0% | 4 | 100% |
| 1989 | 2 | 50% | 1 | 25% | 1 | 25% | 0 | 0% | 4 | 100% |
| 1988 | 1 | 33.30% | 2 | 66.70% | 0 | 0% | 0 | 0% | 3 | 100% |
| 1987 | 2 | 33.30% | 2 | 33.30% | 2 | 33.30% | 0 | 0% | 6 | 100% |
| 1986 | 6 | 60% | 2 | 20% | 2 | 20% | 0 | 0% | 10 | 100% |
| 1985 | 3 | 50% | 1 | 17% | 2 | 33% | 0 | 0% | 6 | 100% |
| 1984 | 3 | 100% | 0 | 0% | 0 | 0% | 0 | 0% | 3 | 100% |
| 1982 | 0 | 0% | 1 | 100% | 0 | 0% | 0 | 0% | 1 | 100% |
| Total | 238 | 44% | 196 | 36% | 101 | 19% | 2 | 0% | 537 | 100% |

Last Execution April 06, 2016

1 White Female Offender Executed in 1998; 1 White Female Offender Executed in 2000; 1 Black Female Offender Executed in 2005; 1 Black Female Offender Executed in 2013; 1 White Female Offender Executed in 2014; and 1 Black Female Offender Executed in 2014.

Last updated April 07, 2016

Employee Resources | Report Waste, Fraud, and Abuse of TDCJ Resources | State Agency Energy Savings Program | TDCJ Intranet
Site Policies | Texas Correctional Industries | TexasOnline | Texas Veterans Portal | Texas Homeland Security | TRAIL Statewide Search | Adobe Reader
Texas Department of Criminal Justice | P.O. Box 99 | Huntsville, Texas 77342-0099 | (936) 295-6371

Murphy 1353

http://www.tdcj.texas.gov/death_row/dr_executions_by_year.html 5/16/2016

Death Row Information Page 1 of 15

Skip to Main Content

Employee Resources TDCJ Intranet Contact Us Información en Español

TEXAS 7 HARPER COMMITTED SUICIDE

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

Home Public Resources Employment About TDCJ Online Services Search

HOME | DEATH ROW | Death Row Information

## *Executed Offenders*

| Execution | Link | Link | Last Name | First Name | TDCJ Number | Age | Date | Race | County |
|---|---|---|---|---|---|---|---|---|---|
| 532 | Offender Information | Last Statement | Masterson | Richard | 999414 | 43 | 01/20/2016 | White | Harris |
| 531 | Offender Information | Last Statement | Holiday | Raphael | 999419 | 36 | 11/18/2015 | Black | Madison |
| 530 | Offender Information | Last Statement | Escamilla | Licho | 999432 | 33 | 10/14/2015 | Hispanic | Dallas |
| 529 | Offender Information | Last Statement | Garcia | Juan | 999360 | 35 | 10/6/2015 | Hispanic | Harris |
| 528 | Offender Information | Last Statement | Lopez | Daniel | 999555 | 27 | 08/12/2015 | Hispanic | Nueces |
| 527 | Offender Information | Last Statement | Russeau | Gregory | 999430 | 46 | 06/18/2015 | Black | Smith |
| 526 | Offender Information | Last Statement | Bower | Lester | 000764 | 67 | 06/03/2015 | White | Grayson |
| 525 | Offender Information | Last Statement | Charles | Derrick | 999451 | 32 | 05/12/2015 | Black | Harris |
| 524 | Offender Information | Last Statement | Garza | Manuel | 999434 | 34 | 04/15/2015 | Hispanic | Bexar |
| 523 | Offender Information | Last Statement | Sprouse | Kent | 999471 | 42 | 04/09/2015 | White | Ellis |
| 522 | Offender Information | Last Statement | Vasquez | Manuel | 999336 | 46 | 03/12/2015 | Hispanic | Bexar |
| 521 | Offender Information | Last Statement | Newbury | Donald | 999403 | 53 | 02/04/2015 | White | Dallas |
| 520 | Offender Information | Last Statement | Ladd | Robert | 999237 | 57 | 01/29/2015 | Black | Smith |
| 519 | Offender Information | Last Statement | Prieto | Arnold | 999149 | 42 | 01/21/2015 | Hispanic | Bexar |
| 518 | Offender Information | Last Statement | Paredes | Miguel | 999400 | 32 | 10/28/2014 | Hispanic | Bexar |
| 517 | Offender Information | Last Statement | Coleman | Lisa | 999511 | 38 | 09/17/2014 | Black | Tarrant |
| 516 | Offender Information | Last Statement | Trottie | Willie | 999085 | 45 | 09/10/2014 | Black | Harris |
| 515 | Offender Information | Last Statement | Villegas | Jose | 999417 | 39 | 04/16/2014 | Hispanic | Nueces |
| 514 | Offender Information | Last Statement | Hernandez | Ramiro | 999342 | 44 | 04/09/2014 | Hispanic | Kerr |
| 513 | Offender Information | Last Statement | Sells | Tommy | 999367 | 49 | 04/03/2014 | White | Val Verde |
| 512 | Offender Information | Last Statement | Doyle | Anthony | 999478 | 29 | 03/27/2014 | Black | Dallas |
| 511 | Offender Information | Last Statement | Jasper | Ray | 999341 | 33 | 03/19/2014 | Black | Bexar |
| 510 | Offender Information | Last Statement | Basso | Suzanne | 999329 | 59 | 02/05/2014 | White | Harris |
| 509 | Offender Information | Last Statement | Tamayo | Edgar | 999130 | 46 | 01/22/2014 | Hispanic | Harris |
| 508 | Offender Information | Last Statement | Martin | Jerry | 999552 | 43 | 12/03/2013 | White | Leon |
| 507 | Offender Information | Last Statement | McCoskey | Jamie | 999053 | 49 | 11/12/2013 | White | Harris |

http://www.tdcj.texas.gov/death_row/dr_executed_offenders.html 1/28/2016

Murphy 1354

Case 4:19-cv-01106 Document 37-2 Filed on 07/12/19 in TXSD Page 11 of 14

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 506 | Offender Information | Last Statement | Yowell | Michael | 999334 | 43 | 10/09/2013 | White | Lubbock |
| 505 | Offender Information | Last Statement | Diaz | Arturo | 999345 | 37 | 09/26/2013 | Hispanic | Hidalgo |
| 504 | Offender Information | Last Statement | Garza | Robert | 999466 | 30 | 09/19/2013 | Hispanic | Hidalgo |
| 503 | Offender Information | Last Statement | Feldman | Douglas | 999326 | 55 | 07/31/2013 | White | Dallas |
| 502 | Offender Information | Last Statement | Ross | Vaughn | 999429 | 41 | 07/18/2013 | Black | Lubbock |
| 501 | Offender Information | Last Statement | Quintanilla | John | 999491 | 36 | 07/16/2013 | Hispanic | Victoria |
| 500 | Offender Information | Last Statement | McCarthy | Kimberly | 999287 | 52 | 06/26/2013 | Black | Dallas |
| 499 | Offender Information | Last Statement | Chester | Elroy | 999280 | 43 | 06/12/2013 | Black | Jefferson |
| 498 | Offender Information | Last Statement | Williams | Jeffrey | 999350 | 37 | 05/15/2013 | Black | Harris |
| 497 | Offender Information | Last Statement | Parr | Carroll | 999479 | 35 | 05/07/2013 | Black | McLennan |
| 496 | Offender Information | Last Statement | Cobb | Richard | 999467 | 29 | 04/26/2013 | White | Cherokee |
| 495 | Offender Information | Last Statement | Threadgill | Ronnie | 999424 | 40 | 04/16/2013 | Black | Navarro |
| 494 | Offender Information | Last Statement | Lewis | Ricky | 999097 | 50 | 04/09/2013 | Black | Smith |
| 493 | Offender Information | Last Statement | Blue | Carl | 999151 | 48 | 02/21/2013 | Black | Brazos |
| 492 | Offender Information | Last Statement | Hughes | Preston | 939 | 46 | 11/15/2012 | Black | Harris |
| 491 | Offender Information | Last Statement | Hernandez | Ramon | 999431 | 41 | 11/14/2012 | Hispanic | Bexar |
| 490 | Offender Information | Last Statement | Swain | Mario | 999475 | 33 | 11/08/2012 | Black | Gregg |
| 489 | Offender Information | Last Statement | Roberts, Jr. | Donnie | 999487 | 41 | 10/31/2012 | White | Polk |
| 488 | Offender Information | Last Statement | Hines | Bobby | 999025 | 40 | 10/24/2012 | White | Dallas |
| 487 | Offender Information | Last Statement | Green | Jonathan | 999421 | 44 | 10/10/2012 | Black | Montgomery |
| 486 | Offender Information | Last Statement | Foster | Cleve | 999470 | 48 | 09/25/2012 | White | Tarrant |
| 485 | Offender Information | Last Statement | Harris | Robert | 999364 | 40 | 09/20/2012 | Black | Dallas |
| 484 | Offender Information | Last Statement | Wilson | Marvin | 999098 | 54 | 08/07/2012 | Black | Jefferson |
| 483 | Offender Information | Last Statement | Hearn | Yokamon | 999292 | 33 | 07/18/2012 | Black | Dallas |
| 482 | Offender Information | Last Statement | Adams | Beunka | 999486 | 29 | 04/26/2012 | Black | Cherokee |
| 481 | Offender Information | Last Statement | Hernandez | Jesse | 999425 | 47 | 03/28/2012 | Hispanic | Dallas |
| 480 | Offender Information | Last Statement | Thurmond | Keith | 999435 | 52 | 03/07/2012 | White | Montgomery |
| 479 | Offender Information | Last Statement | Rivas | George | 999394 | 41 | 02/29/2012 | Hispanic | Dallas |
| 478 | Offender Information | Last Statement | Hernandez | Rodrigo | 999474 | 38 | 01/26/2012 | Hispanic | Bexar |
| 477 | Offender Information | Last Statement | Esparza | Guadalupe | 999385 | 46 | 11/16/2011 | Hispanic | Bexar |
| 476 | Offender Information | Last Statement | Garcia | Frank | 999418 | 39 | 10/27/2011 | Hispanic | Bexar |
| 475 | Offender Information | Last Statement | Brewer | Lawrence | 999327 | 44 | 09/21/2011 | White | Brazos |
| 474 | Offender Information | Last Statement | Woods | Steven | 999427 | 31 | 09/13/2011 | White | Denton |
| 473 | Offender Information | Last Statement | Robles | Martin | 999457 | 33 | 08/10/2011 | Hispanic | Nueces |
| 472 | Offender Information | Last Statement | Stroman | Mark | 999409 | 42 | 07/20/2011 | White | Dallas |
| 471 | Offender Information | Last Statement | Leal | Humberto | 999162 | 38 | 07/07/2011 | Hispanic | Bexar |
| 470 | Offender Information | Last Statement | Mathis | Milton | 999337 | 32 | 06/21/2011 | Black | Fort Bend |
| 469 | Offender Information | Last Statement | Taylor | Lee | 999344 | 32 | 06/16/2011 | White | Bowie |

2013 CONT.
2013 H-D-C 1-6-9
2013
2012 H-D-C Ø-9-6 H-D-C
T7
2012
2011 H-D-C Ø-6-7 H-D-C
2011 CONT

Murphy 1355

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 468 | Offender Information | Last Statement | Bradford | Gayland | 966 | 42 | 06/01/2011 | Black | Dallas |
| 467 | Offender Information | Last Statement | Kerr | Cary | 999449 | 46 | 05/03/2011 | White | Tarrant |
| 466 | Offender Information | Last Statement | Adams | Timothy | 999448 | 42 | 02/22/2011 | Black | Harris |
| 465 | Offender Information | Last Statement | Hall | Michael | 999346 | 31 | 02/15/2011 | White | Tarrant |
| 464 | Offender Information | Last Statement | Wooten | Larry | 999269 | 51 | 10/21/2010 | Black | Lamar |
| 463 | Offender Information | Last Statement | Cantu | Peter | 999093 | 35 | 08/17/2010 | Hispanic | Harris |
| 462 | Offender Information | Last Statement | Jackson | Derrick | 999263 | 42 | 07/20/2010 | Black | Harris |
| 461 | Offender Information | Last Statement | Perry | Michael | 999444 | 28 | 07/01/2010 | White | Montgomery |
| 460 | Offender Information | Last Statement | Powell | David | 000612 | 59 | 06/15/2010 | White | Travis |
| 459 | Offender Information | Last Statement | Jones | George | 999147 | 36 | 06/02/2010 | Black | Dallas |
| 458 | Offender Information | Last Statement | Alba | John | 999027 | 54 | 05/25/2010 | Hispanic | Collin |
| 457 | Offender Information | Last Statement | Cannady | Rogelio | 999245 | 37 | 05/19/2010 | Hispanic | Bee |
| 456 | Offender Information | Last Statement | Galloway | Billy | 999349 | 41 | 05/13/2010 | White | Hunt |
| 455 | Offender Information | Last Statement | Varga | Kevin | 999368 | 41 | 05/12/2010 | White | Hunt |
| 454 | Offender Information | Last Statement | Bustamante | Samuel | 999380 | 40 | 04/27/2010 | Hispanic | Fort Bend |
| 453 | Offender Information | Last Statement | Berkley | William | 999422 | 31 | 04/22/2010 | White | El Paso |
| 452 | Offender Information | Last Statement | Alix | Franklin | 999286 | 34 | 03/30/2010 | Black | Harris |
| 451 | Offender Information | Last Statement | Maxwell | Joshua | 999408 | 31 | 03/11/2010 | White | Bexar |
| 450 | Offender Information | Last Statement | Sigala | Michael | 999397 | 32 | 03/02/2010 | Hispanic | Collin |
| 449 | Offender Information | Last Statement | Johnson | Gary | 000911 | 59 | 01/12/2010 | White | Walker |
| 448 | Offender Information | Last Statement | Mosley | Kenneth | 999243 | 51 | 01/07/2010 | Black | Dallas |
| 447 | Offender Information | Last Statement | Woods | Bobby | 999270 | 44 | 12/03/2009 | White | Llano |
| 446 | Offender Information | Last Statement | Thompson | Robert | 999276 | 34 | 11/19/2009 | Black | Harris |
| 445 | Offender Information | Last Statement | Simpson | Danielle | 999370 | 30 | 11/18/2009 | Black | Anderson |
| 444 | Offender Information | Last Statement | Valle | Yosvanis | 999384 | 34 | 11/10/2009 | Hispanic | Harris |
| 443 | Offender Information | Last Statement | Oliver | Khristian | 999301 | 32 | 11/05/2009 | White | Nacogdoches |
| 442 | Offender Information | Last Statement | Blanton | Reginald | 999395 | 28 | 10/27/2009 | Black | Bexar |
| 441 | Offender Information | Last Statement | Coleman | Christopher | 999239 | 37 | 09/22/2009 | Black | Harris |
| 440 | Offender Information | Last Statement | Moody | Stephen | 999076 | 52 | 09/16/2009 | White | Harris |
| 439 | Offender Information | Last Statement | Hankins | Terry | 999415 | 34 | 06/02/2009 | White | Tarrant |
| 438 | Offender Information | Last Statement | Riley | Michael | 000851 | 51 | 05/19/2009 | Black | Wood |
| 437 | Offender Information | Last Statement | Johnson | Derrick | 999339 | 28 | 04/30/2009 | Black | Dallas |
| 436 | Offender Information | Last Statement | Rosales | Michael | 999274 | 35 | 04/15/2009 | Hispanic | Lubbock |
| 435 | Offender Information | Last Statement | Salazar | Luis | 999285 | 38 | 03/11/2009 | Hispanic | Bexar |
| 434 | Offender Information | Last Statement | Martinez | James | 999404 | 34 | 03/10/2009 | Hispanic | Tarrant |
| 433 | Offender Information | Last Statement | Morris | Kenneth | 999117 | 38 | 03/04/2009 | Black | Harris |
| 432 | Offender Information | Last Statement | Pondexter | Willie | 999111 | 34 | 03/03/2009 | Black | Red River |
| 431 | Offender Information | Last Statement | Johnson | Johnny | 999197 | 51 | 02/12/2009 | Black | Harris |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 430 | Offender Information | Last Statement | Scheanette | Dale | 999440 | 35 | 02/10/2009 | Black | Tarrant |
| 429 | Offender Information | Last Statement | Martinez | David | 999173 | 36 | 02/04/2009 | Hispanic | Bexar |
| 428 | Offender Information | Last Statement | Ortiz | Ricardo | 999320 | 46 | 01/29/2009 | Hispanic | El Paso |
| 427 | Offender Information | Last Statement | Martinez | Virgil | 999265 | 41 | 01/28/2009 | Hispanic | Brazoria |
| 426 | Offender Information | Last Statement | Perkins | Reginald | 999407 | 53 | 01/22/2009 | Black | Tarrant |
| 425 | Offender Information | Last Statement | Moore | Frank | 999210 | 49 | 01/21/2009 | Black | Bexar |
| 424 | Offender Information | Last Statement | Moore | Curtis | 999212 | 40 | 01/14/2009 | Black | Tarrant |
| 423 | Offender Information | Last Statement | Hudson | Robert | 999353 | 45 | 11/20/2008 | Black | Dallas |
| 422 | Offender Information | Last Statement | Manns | Denard | 999405 | 42 | 11/13/2008 | Black | Bell |
| 421 | Offender Information | Last Statement | Whitaker, III | George | 999196 | 36 | 11/12/2008 | Black | Harris |
| 420 | Offender Information | Last Statement | Taylor | Elkie | 999112 | 46 | 11/6/2008 | Black | Tarrant |
| 419 | Offender Information | Last Statement | Wright | Gregory | 999253 | 42 | 10/30/2008 | White | Dallas |
| 418 | Offender Information | Last Statement | Nenno | Eric | 999188 | 45 | 10/28/2008 | White | Harris |
| 417 | Offender Information | Last Statement | Ries | Joseph | 999335 | 29 | 10/21/2008 | White | Hopkins |
| 416 | Offender Information | Last Statement | Watts | Kevin | 999456 | 27 | 10/16/2008 | Black | Bexar |
| 415 | Offender Information | Last Statement | Kelly | Alvin | 999012 | 57 | 10/14/2008 | White | Gregg |
| 414 | Offender Information | Last Statement | Murray | William | 999313 | 39 | 09/17/2008 | White | Kaufman |
| 413 | Offender Information | Last Statement | Rodriguez | Michael | 999413 | 40 | 08/14/2008 | Hispanic | Dallas |
| 412 | Offender Information | Last Statement | Dorsey | Leon | 999359 | 32 | 08/12/2008 | Black | Dallas |
| 411 | Offender Information | Last Statement | Chi | Heliberto | 999437 | 29 | 08/07/2008 | Hispanic | Tarrant |
| 410 | Offender Information | Last Statement | Medellin | Jose | 999134 | 33 | 08/05/2008 | Hispanic | Harris |
| 409 | Offender Information | Last Statement | Davis | Larry | 999316 | 40 | 07/31/2008 | Black | Potter |
| 408 | Offender Information | Last Statement | Sonnier | Derrick | 999054 | 40 | 07/23/2008 | Black | Harris |
| 407 | Offender Information | Last Statement | Turner | Carlton | 999321 | 29 | 07/10/2008 | Black | Dallas |
| 406 | Offender Information | Last Statement | Chamberlain | Karl | 999241 | 37 | 06/11/2008 | White | Dallas |
| 405 | Offender Information | Last Statement | Richard | Michael | 000890 | 48 | 09/25/2007 | Black | Harris |
| 404 | Offender Information | Last Statement | Kimmel | Clifford | 999347 | 32 | 09/20/2007 | White | Bexar |
| 403 | Offender Information | Last Statement | Roach | Tony | 999323 | 30 | 09/05/2007 | White | Potter |
| 402 | Offender Information | Last Statement | Amador | John | 999160 | 32 | 08/29/2007 | Hispanic | Bexar |
| 401 | Offender Information | Last Statement | Mosley | Daroyce | 999171 | 32 | 08/28/2007 | Black | Gregg |
| 400 | Offender Information | Last Statement | Conner | Johnny | 999324 | 32 | 08/22/2007 | Black | Harris |
| 399 | Offender Information | Last Statement | Parr | Kenneth | 999312 | 27 | 08/15/2007 | Black | Matagorda |
| 398 | Offender Information | Last Statement | Johnson | Lonnie | 999135 | 44 | 07/24/2007 | Black | Harris |
| 397 | Offender Information | Last Statement | Knight | Patrick | 999072 | 39 | 06/26/2007 | White | Randall |
| 396 | Offender Information | Last Statement | Reyes | Gilberto | 999352 | 33 | 06/21/2007 | Hispanic | Bailey |
| 395 | Offender Information | Last Statement | Rodriguez | Lionell | 999002 | 36 | 06/20/2007 | Hispanic | Harris |
| 394 | Offender Information | Last Statement | Griffith | Michael | 999176 | 56 | 06/06/2007 | White | Harris |
| 393 | Offender Information | Last Statement | Smith | Charles | 953 | 41 | 05/16/2007 | White | Pecos |

2009 cont. 2009 TM 2008 H-D-C 7-5-6 H-D-C 2008 #5 #4 2007 H-D-C 7-14-5 H-D-C #3 2007 cont.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 392 | Offender Information | Last Statement | Dickson | Ryan | 999250 | 30 | 04/26/2007 | White | Potter |
| 391 | Offender Information | Last Statement | Clark | James | 999095 | 38 | 04/11/2007 | White | Denton |
| 390 | Offender Information | Last Statement | Pippin | Roy | 999170 | 51 | 03/29/2007 | White | Harris |
| 389 | Offender Information | Last Statement | Gutierrez | Vincent | 999262 | 28 | 03/28/2007 | Hispanic | Bexar |
| 388 | Offender Information | Last Statement | Nealy | Charles | 999289 | 42 | 03/20/2007 | Black | Dallas |
| 387 | Offender Information | Last Statement | Nichols | Joseph | 709 | 45 | 03/07/2007 | Black | Harris |
| 386 | Offender Information | Last Statement | Perez | Robert | 999322 | 48 | 03/06/2007 | Hispanic | Dallas |
| 385 | Offender Information | Last Statement | Miller | Donald | 728 | 44 | 02/27/2007 | White | Harris |
| 384 | Offender Information | Last Statement | Anderson | Newton | 999355 | 30 | 02/22/2007 | White | Smith |
| 383 | Offender Information | Last Statement | Jackson | James | 999272 | 47 | 02/07/2007 | Black | Harris |
| 382 | Offender Information | Last Statement | Swift | Christopher | 999496 | 31 | 01/30/2007 | White | Denton |
| 381 | Offender Information | Last Statement | Moore | Jonathan | 999216 | 32 | 01/17/2007 | White | Bexar |
| 380 | Offender Information | Last Statement | Granados | Carlos | 999307 | 36 | 01/10/2007 | Hispanic | Williamson |
| 379 | Offender Information | Last Statement | Shannon | Willie | 999086 | 30 | 11/08/2006 | Black | Harris |
| 378 | Offender Information | Last Statement | Jackson | Donell | 999206 | 33 | 11/01/2006 | Black | Harris |
| 377 | Offender Information | Last Statement | Summers | Gregory | 999010 | 48 | 10/25/2006 | White | Denton |
| 376 | Offender Information | Last Statement | Matchett | Farley | 999060 | 43 | 09/12/2006 | Black | Harris |
| 375 | Offender Information | Last Statement | Frazier | Derrick | 999284 | 29 | 08/31/2006 | Black | Refugio |
| 374 | Offender Information | Last Statement | Fuller | Justin | 999266 | 27 | 08/24/2006 | Black | Smith |
| 373 | Offender Information | Last Statement | Hinojosa | Richard | 999246 | 43 | 08/17/2006 | Hispanic | Bexar |
| 372 | Offender Information | Last Statement | Wyatt, Jr. | William | 999255 | 41 | 08/03/2006 | Black | Bowie |
| 371 | Offender Information | Last Statement | Anderson | Robert | 999084 | 40 | 07/20/2006 | White | Potter |
| 370 | Offender Information | Last Statement | Brown | Mauriceo | 999234 | 31 | 07/19/2006 | Black | Bexar |
| 369 | Offender Information | Last Statement | O'Brien | Derrick | 999131 | 31 | 07/11/2006 | Black | Harris |
| 368 | Offender Information | Last Statement | Resendiz | Angel | 999356 | 45 | 06/27/2006 | Hispanic | Harris |
| 367 | Offender Information | Last Statement | Reese | Lamont | 999374 | 28 | 06/20/2006 | Black | Tarrant |
| 366 | Offender Information | Last Statement | Titsworth | Timothy | 999078 | 34 | 06/06/2006 | White | Randall |
| 365 | Offender Information | Last Statement | Aguilar | Jesus | 999191 | 42 | 05/24/2006 | Hispanic | Cameron |
| 364 | Offender Information | Last Statement | Herron | Jermaine | 999304 | 27 | 05/17/2006 | Black | Refugio |
| 363 | Offender Information | Last Statement | Wilson | Jackie | 957 | 39 | 05/04/2006 | White | Dallas |
| 362 | Offender Information | Last Statement | Kincy | Kevin | 999179 | 38 | 03/29/2006 | Black | Harris |
| 361 | Offender Information | Last Statement | Salazar, Jr. | Robert | 999303 | 27 | 03/22/2006 | Hispanic | Lubbock |
| 360 | Offender Information | Last Statement | Hughes | Tommie | 999273 | 31 | 03/15/2006 | Black | Dallas |
| 359 | Offender Information | Last Statement | Smith, Jr. | Clyde | 999088 | 32 | 02/15/2006 | Black | Harris |
| 358 | Offender Information | Last Statement | Neville, Jr. | Robert | 999293 | 31 | 02/08/2006 | White | Tarrant |
| 357 | Offender Information | Last Statement | Elizalde, Jr. | Jaime | 999230 | 34 | 01/31/2006 | Hispanic | Harris |
| 356 | Offender Information | Last Statement | Dudley | Marion | 999136 | 33 | 01/25/2006 | Black | Harris |
| 355 | Offender Information | Last Statement | Thomas | Shannon | 999213 | 34 | 11/16/2005 | Black | Harris |

2007 CONT.
#1
2007
2007 H-D-C 7-14-S H-D-C
2007
2006
H-D-C 2006 Ø-Ø-Ø H-D-C
STARTED DEATH ROW 12/15/06