| | | | | |
|---|---|---|---|---|
| 1 | 4/9/13 | Rickey Lewis | WSL | |
| 2 | 4/16/13 | Ronnie Threadgill | WSL | |
| 3 | 4/26/13 | Richard Cobb | WSL | |
| 4 | 5/7/13 | Carrol Parr | WSL | |
| 5 | 5/15/13 | Jeffery Williams | WSL | |
| 6 | 6/12/13 | Elroy Chester | WSL | |
| 7 | 7/16/13 | John Quintanilla | WSL | |
| 8 | 7/18/13 | Vaughn Ross | WSL | |
| 9 | 7/31/13 | Douglas Feldman | WSL | |
| 10 | 9/19/13 | Robert Garza | DH | Baptized |
| 11 | 9/26/13 | Arturo Diaz | DH | Baptized |
| 12 | 10/9/13 | Michael Yowell | DH | |
| 13 | 11/12/13 | Jamie McCaskey | DH/DC | |
| 14 | 12/3/13 | Jerry Martin | DH | Baptized |
| 15 | 1/22/14 | Edgar Tamayo | DH | |
| 16 | 2/15/14 | Susanne Basso | DH | |
| 17 | 3/19/14 | Ray Jasper | DH | |
| 18 | 3/27/14 | Anthony Doyle | DH/DC | |
| 19 | 4/3/14 | Tommy Sells | DH | |
| 20 | 4/9/14 | Ramiro Hernandez | WSL | |
| 21 | 4/16/14 | Jose Villegas | WSL | |
| 22 | 9/10/14 | Willie Trottie | DH/DC | |
| 23 | 9/17/14 | Lisa Coleman | DH | |
| 24 | 10/28/14 | Miguel Paredes | DH/WSL | |
| 25 | 1/21/15 | Arnold Prieto | DH | |
| 26 | 1/29/15 | Robert Ladd | DH/DC | |
| 27 | 2/4/15 | Donald Newbury | DH | |
| 28 | 3/11/15 | Manuel Vasquez | DH/WSL | Baptized |
| 29 | 4/9/15 | Kent Spouse | DH/DC | |
| 30 | 4/15/15 | Manuel Garza | DH/WSL | |
| 31 | 5/12/15 | Derrick Charles | DH/WSL | |
| 32 | 6/3/15 | Lester Bower | DH | |
| 33 | 6/18/15 | Gregory Russeau | DH/WSL | |
| 34 | 8/12/15 | Daniel Lopez | DH/DC | Baptized |
| 35 | 10/6/15 | Juan Garcia | DH/WSL | |
| 36 | 10/14/15 | Licho Escamilla | DH | |
| 37 | 11/18/15 | Raphael Holiday | DH/DC | |
| 38 | 1/20/16 | Richard Masterson | DH/WSL | |
| 39 | 1/27/16 | James Freeman | DH | |
| 40 | 2/16/16 | Gustavo Garcia | DH/DC | |
| 41 | 3/9/16 | Coy Westbrook | DH/WSL | |
| 42 | 3/22/16 | Adam Ward | DH | |
| 43 | 4/6/16 | Pablo Vasquez | DH | |
| 44 | 10/5/16 | Barney Fuller | DH | |
| 45 | 1/11/17 | Christopher Wilkins | DH/DC | |
| 46 | 1/26/17 | Terry Edwards | DH | |

MURPHY 1731

| 47 | 3/7/17 | Rolando Ruiz | DH/DC | |
|---|---|---|---|---|
| 48 | 3/14/17 | James Bigby | DH | |
| 49 | 7/27/17 | Taichin Preyor | DH/DC | |
| 50 | 10/12/17 | Robert Pruett | DH | |
| 51 | 11/8/17 | Ruben Cardenas | DH/DC | |
| 52 | 1/18/18 | Anthony Shore | DH | |
| 53 | 1/30/18 | William Rayford | DH/DC | |
| 54 | 2/1/18 | John Battaglia | DH | |
| 55 | 3/27/18 | Rosendo Rodriquez | DH/DC | |
| 56 | 4/25/18 | Erick Davila | DH | |
| 57 | 5/16/18 | Juan Castillo | DH/DC | |
| 58 | 6/27/18 | Danny Bible | DH | |
| 59 | 7/17/18 | Christopher Young | DH/DC | |
| 60 | 9/26/18 | Troy Clark | DH/DC | |
| 61 | 9/27/18 | Daniel Acker | DH | |
| 62 | 11/14/18 | Robert Ramos | DH/DC | |
| 63 | 12/4/18 | Joseph Garcia | DH | |
| 64 | 12/11/18 | Alvin Braziel | DH/DC | |
| 65 | 1/30/19 | Robert Jennings | DH | |
| 66 | 2/28/19 | Billie Coble | DH | |