## SELF-AUTHENTICATING BUSINESS RECORDS AFFIDAVIT:

## AFFIDAVIT OF TIMOTHY JONES

"My name is Timothy Jones and I am an employee of the TDCJ, a governmental agency. I am executing this declaration as part of my assigned duties and responsibilities. I declare under penalty of perjury that the following is true and correct. I am over 21 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts stated herein.

"I am the custodian of records for the Rehabilitation Programs Division/Chaplaincy Department of the Texas Department of Criminal Justice ("TDCJ"). **This request is for 1.) Complete Chaplaincy file for offender Murphy, including any HQ-150s. 2.) Any documents reflecting offender Murphy's request to have a Buddhist in the execution chamber.** These are records which are kept by the TDCJ in the regular course of its business activity. The entries of such records were made as a regularly conducted activity and a regular practice of the TDCJ and were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters."

Executed in Walker County, State of Texas, on the 29th day of April, 2019.

Timothy Jones
Manager IV -
Deputy Director Religious Services
Rehabilitation Programs Division
Texas Department of Criminal Justice

**Murphy 836**

Case 4:19-cv-01106   Document 38-12   Filed on 07/19/19 in TXSD   Page 2 of 146

```
CSITP011    T E X A S   D E P A R T M E N T   O F   C R I M I N A L   J U S T I C E
1E0D                    OFFENDER FAITH CODE SYSTEM                      04/29/2019
PAGE: 001  OF 001          ADD OFFENDER FAITH RECORD                    11:10:59
NAME: MURPHY,PATRICK HENRY JR          UNIT: TL   RACE: W STATUS: A
SID: 03307331 TDCJ-ID: 00999461    CURRENT REL PREF CODE: W01  DATE 2011-01-
ENTER NEW FAITH CODE: ____    DATE: __ - __ - ____    I60/ADM: _ (I/A)

   CODE   DESCRIPTION                    EFFECTIVE DATE UNIT I/A DATE KEYED
   W01    BUDDHIST                        01/24/2011    TL    I  2011-01-
   A01    ROMAN CATHOLIC                  12/18/2003          A  2003-12-




   ENTER TDCJ-ID: _____    OR  SID: _____
   PF1 = HELP  PF3 = MENU  PF7 = UP  PF8 = DOWN
```

Murphy 837

## AFFIDAVIT

STATE OF TEXAS         )
                    )
COUNTY OF __ POLK _____ )

      BEFORE ME, the undersigned authority, personally appeared Sergio Perez, who, being duly sworn by me, deposed as follows:

      "My name is Sergio Bell. I am of sound mind; capable of making this affidavit; and I am authorized to make this affidavit in the capacity herein state. I am personally acquainted with the facts herein stated."

      "I am employed as the _Assistant Warden_ for the Texas Department of Criminal Justice ("TDCJ") Polunsky Unit located in Livingston, Texas, and do hereby certify that I am the custodian of records maintained in the regular course of business of the TDCJ."

      "I have reviewed the records you have requested; and hereby certify that the attached copies of documents are true and correct copies of the original records now on file in my custody. I further certify that the records attached here to are maintained in the usual and regular course of business at the TDCJ. The entries made and/or documents created were created at or about the time of the occurrence, or reasonable soon thereafter, by an employee or representative of TDCJ with knowledge of the act, event, condition, opinion, or diagnosis reflected in the records, and that such records are maintained on each and every offender confined here."

      "Attached are copies of the records of offender Murphy, Patrick TDCJ #999461 described as chaplaincy records/files."

                                    Sergio Perez, Affiant

      SWORN TO AND SUBSCRIBED BEFORE ME on April 11, 2019, by the said Sergio Perez, to certify which witness my hand and seal of office.

KERRY COOPER
Notary Public, State of Texas
Notary ID # 131188524
Comm. Exp. 06-22-2021
NOTARY WITHOUT BOND

                        Notary Public in and for the State of Texas

# BUSINESS RECORDS AFFIDAVIT

**Murphy 838**



# Texas Department of Criminal Justice

**Bryan Collier**
**Executive Director**

**Lorie Davis**
Director, Correctional Institutions Division

**EXECUTION WITNESS LIST**

**Patrick Murphy**
**EXECUTION #999461**
**March 28, 2019**

### OFFICIALS:
Clint McRae, Sheriff, Walker County
Steve Jeter, Texas Ranger
Jeff Oldham, General Counsel for Governor's Office
Bryan Collier, Executive Director, TDCJ
Oscar Mendoza, Deputy Executive Director, TDCJ
Lorie Davis, Director, Correctional Institutions Division, TDCJ
Billy Hirsch, Deputy Director, CID – Prison and Jail Operations, TDCJ
Leonard Echessa, Deputy Director, CID – Support Operations, TDCJ
Tracy Bailey, Deputy Director, CID – Management Operations, TDCJ
Cris Love, Office of the Inspector General, TDCJ
Angie McCown, Director, Victim Services, TDCJ
Jeremy Desel, Director, Communications, TDCJ
Robert Hurst, Officer, Communications, TDCJ

### REPORTERS:
Mike Graczyk – Associated Press
Joseph Brown – Huntsville Item
J.D. Miles – KTVT-TV Dallas

### PERSONAL WITNESSES:
Linda Heughan – Friend
Kristina Rogers – Half Sister
Patrick Murphy III – Son
Robin Shockley – Friend

### VICTIM WITNESSES:



### CHAPLAIN:
Timothy Jones, Chaplaincy Headquarters (offender chaplain)
Wayne Moss, Huntsville Unit Chaplain (offender chaplain)
Thomas Brouwer, Chaplaincy Headquarters (offender chaplain)
Thomas Lyles, Region I Chaplain (offender witnesses)
Cynthia Lowry, Region III Chaplain (offender witnesses)

### OTHER:
Janice Sager, Victim Services
Chris Jenkins, Victim Services

**Murphy 839**



# Texas Department of Criminal Justice
## Correctional Institutions Division

### *Execution Summary*

OFFENDER NAME: __Murphy, Patrick__          TDCJ#: **999461**
EXECUTION DATE: __March 28th, 2019__

**Witnesses**  ☑ APPROVED  ☐ DENIED
I have been advised that pursuant to Article 43.20, relatives and friends, who are eligible, may be allowed to witness the execution. The relatives or friends may not exceed five (5) individuals. However, a spiritual advisor to the condemned offender may be allowed to witness in addition to the five (5) offender witnesses. The spiritual advisor must be a bonafide pastor or comparable official of a church selected by the condemned offender. Please list below the name and relationship of witnesses:

*PK* 1. __Linda Heughan,__ ▮▮▮▮▮▮▮

*PK* 2. __Kristina Rogers,__ ▮▮▮▮▮▮

*PK* 3. __Patrick Murphy III,__ ▮▮▮▮▮▮▮

*PK* 4. __Robin Shockle__▮▮▮▮▮**,** ▮▮▮

5. _____

*PK* 6. __(SPIRITUAL ADVISOR; Hao Hui Yong ( Gerald Sharrock)__ ▮▮▮▮▮▮▮

**Attorney(s) Handling Stay and/or Appeal**

*PK* 1. __David Dow / Jeff Newberry,__ ▮▮▮▮▮▮▮

2. _____

3. _____

**Last Will and Testament**
I am further advised that the services of an attorney can be provided free of charge to prepare a simple Will so I may dispose of my worldly possessions. I have indicated my desires by initialing one of the following:

_____ 1. The disposition of my estate is complex and could not be handled by a simple Will; therefore, I have made my own arrangements.

_____ 2. Disposition of my worldly possessions is covered by an existing Will.

_____ 3. Services of an attorney are required to assist me in preparation of a simple Will. (Offenders who have $500 or more are not indigent and should hire an attorney to prepare a simple will if they do not want to use the packet or prepare a handwritten will.)

*PK* __X__ 4. I do not desire a will.

*Execution Procedure*
*Form 2 (October 2014)*

**Murphy 840**

## Execution Summary *(continued)*

OFFENDER NAME:   **Murphy, Patrick**                          TDCJ#:   **999461**

**Clothing Sizes**

Pant Size: **3X**                Shirt Size: **3X**                Shoe Size: **8**

**Disposition of Trust Fund Account**

I have $**200.74** in my Trust Fund Account as of **March 13, 2019** and would like it to be handled as follows:

**Linda Heughan,** ███████ █ ██████ █ ███

___

**Disposition of Personal Property**

I have been advised that I may designate the method of disposition of my personal property.  I have indicated my desires as follows:

  **X**      1. I have arranged with **Linda Heughan**, who lives at ███████████████████████████ to pick up my property

              from the **HV** Unit

  _____      2. I wish TDCJ to dispose of my personal property.

**Disposition of Remains**

I am also aware that a relative or bonafide friend can request, within 48 hours, delivery of my remains.

If executed, it is my request that disposition of my remains be handled by **Linda Heughan**.

Whose relationship to me is that of **friend**, whose address is ████████████████████ and whose telephone number is ██████.

If the named person is not a family member, I am aware of the requirement to complete the appropriate paperwork required by Chapter 711 of the Health and Safety Code and have done so.

☐  I have completed the necessary documents to allow my body to be donated to the Texas State Anatomical Board for medical education and research.

Mar 13, 19
DATE

*Patrick H. Murphy Jr.*
SIGNATURE OF OFFENDER

████████████████

WITNESS (PRINT)

████████████████████

WITNESS (PRINT)

Copy:    Huntsville Unit Warden
              Public Information Office

**\*\*\*\*ORIGINAL REMAINS ON DEATH ROW UNIT UNTIL THE DAY OF THE SCHEDULED EXECUTION\*\*\*\*\***

**Murphy 841**



# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

Chaplaincy Department



### Religious Orientation Statement

*(The following statement of religious preference is offered as an attempt to clarify the religions beliefs and obligatory practices of committed offenders. It is intended to inform TDCJ staff of any special needs related to personal faith in order to provide appropriate considerations whenever possible.)*

"I ___Patrick Murphy___ TDCJ # __999461__

identify my religious belief as the following:" *(Circle one)*

1. Christian - (please identify denomination)

2. Jewish                                      3. Muslim

4. Native American                    5. Other (please identify) ~~Bod~~ Buddhist

*(In the case of some of the above categories, a more specific description of the religion may be appropriate.)*

"I further identify myself as _____."

"The following individual is my 'spiritual advisor' ___Hui - Yong Shih___

___

___

Telephone # ____

"I request a visit with my above named spiritual advisor to take place at the Huntsville Unit, pending administrative approval."   ☑ Yes        ☐ No

"In witness whereof, I have hereto set my hand this __14th__ day of __March, 2019__."

*Patrick H Murphy JL*
*Offender's Signature*                     Mar 13, 19
                                              *Date*

*John Vaus CVCA*
*Chaplain's Signature*                    03-13-2019
                                              *Date*

Copy     Director of Chaplains
         Unit Warden
         Huntsville Unit Chaplain
         Offender File

*Execution Procedure*
*Form 3 (October 2014)*

**Murphy 842**

| TEXAS DEPARTMENT OF CRIMINAL JUSTICE<br>Chaplaincy Department<br>CHAPLAINCY MANUAL | Policy Number:<br>Page:<br>Date:<br>Supersedes: | 11.09 Att. A<br>1 of 2<br>August 2012 |
|---|---|---|

## Offender Ministerial or Spiritual Advisor Visit

**TO:** Warden Hunter/Butcher/Muniz     **DATE:** 09/18/2013

**FROM:** Chaplain VITELA

**UNIT:** Pounsky Unit

**OFFENDER:** Patrick Henry Murphy, Jr     TDCJ#: 999461

**DATE OF VISIT:** _____     TIME: _____

**LOCATION OF VISIT:** Visitation Area

**MINISTER/SPRITUAL ADVISOR:** Gerald Wayne Sjarrock (Rev. Hsin Hao (Hui Yong)

**DRIVER LICENSE NUMBER:** TX 25634195
*State & Number*

**RELIGIOUS ORGANIZATION:** Buddhist

**ADDRESS:** ████ ████████ ███

**CITY/STATE/ZIP:** ██████ ██████

**PHONE NUMBER:** ███████

**CREDENTIALS PROVIDED:**

☒ Minister ID card supplied by authorizing denomination or religious group;

☒ License or Ordination Certificate;

☒ Official letter from organized religious body or congregation indicating the status of the letter holder as an official representative of the body or congregation for all religious functions or for specific prison-related religious functions, or

☐ Current listing as a clergy person in an official listing of ministers/clergy from an organized religious body.

**ITEMS REQUIRING APPROVAL:** *(Per AD-07.30, the visiting minister or spiritual advisor may bring a holy book, religious instructional material, and communion with pre-approval by the warden and chaplain.)*  *Joe A. Vitela*

**VISIT APPROVED:** ☒ YES   ☐ NO     *Warden/Designee's Signature*

PC:

**Murphy 843**

# BODHGAYA INTERNATIONAL FULL ORDINATION CEREMONY

## CERTIFICATE OF ORDINATION

Date of Issue : 23 February, 1998

File No. : Mo/o

This is to certify that

( Full Birth Name :     Hsin Hao ( Hui Yong )

    Gerald Wayne Sharrock   )

a native of United States of America    born on Dec. 31, 1941

has successfully completed all the required training of the Upasampada Ordination Ceremony, from the period of February 15th to 23rd of 1998, and vowed to uphold the precepts for life. The Ten Most Venerable had examined the Upasampada process and certified the issuance of this Certificate.

Murphy 844



Chaplain,
I'm registered in the Federal System already

badge #1959.

Cell

| TEXAS DEPARTMENT OF CRIMINAL JUSTICE<br>Chaplaincy Department<br>CHAPLAINCY MANUAL | Policy Number:<br>Page:<br>Date:<br>Supersedes: | 05.01 (rev. 1) Att. A<br>1 of 1<br>July 2012<br>05.01 11/2008 |
|---|---|---|

## Religious Neckwear and Devotional Item Approval/Denial and Witness Statement Form

Unit/Facility: POLUNSKY UNIT      Date: 11/10/2015

Offender Name: PATRICK MURPHY      TDCJ Number: 999461

Religious Preference: BUDDHIST      Verified by: TIM JONES

➤ Verify religious preference on offender Travel Card ☒ and TDCJ Computer Database (SSNO) ☒

    *NOTE: If the Travel Card and SSNO do not agree, resolve the discrepancy before proceeding.*

---

Religious Neckwear/Devotional Item requested:    PRAYER BEADS

➤ Neckwear/Devotional Item Approved per CP-05.01:    ☒ YES    ☐ NO

    *NOTE: If neckwear/devotional item requested has not been approved per CP-05.01, complete an <u>HQ-150 Religious Practice Issue Assessment Form</u>, to include an accurate description and/or picture of the medallion, and forward to the Manager of Chaplaincy Operations.*

➤ Religious neckwear/devotional item listed on offender property inventory:    ☐ YES    ☒ NO

    If yes, what is listed?

➤ Is religious neckwear/devotional item offered in Unit Commissary?    ☐ YES    ☒ NO

    *NOTE: If devotional item is not available through unit commissary, list below the name of vendor/provider, address, city, state, zip, phone number, and cost of item:*

HYOKEN TEMPLE PO BOX 14048 HOUSTON, TEXAS 77221

Cost: $ 0      Vendor/Provider verified by: TIM JONES

---

Chaplain: ☒ *APPROVED*    ☐ *DENIED*    TIM JONES      11/10/2015 ✒ print/sign/date

Warden: ☐ *APPROVED*    ☐ *DENIED*    *Joe Smith*      11-10-15 ✒ print/sign/date

Reason for denial:
☐ NOT appropriate for faith preference on record
☐ RELIGIOUS NECKWEAR/DEVOTIONAL ITEM not approved per CP-05.01 (Complete HQ-150)
☐ OFFENDER has same or other religious neckwear/devotional item listed on property record
☐ OTHER (explanation) _____

---

Witness Statement:
Package received from: MYOKEN Temple      Date: 11-23-15
Package opened by: H. Hughes    H. Hughes    11-25-15    ✒ print/sign/date
In the presence of: C. Odom    C. Odom    11-25-15    ✒ print/sign/date
Description of item received: Prayer beads
➤ If item does not meet agency specifications, explain: _____

---

Property Paper and Neckwear/Devotional Item Issued by:
Staff Member: Tim Jones      12-10-15    ✒ print/sign/date
Received by Offender: *[signature]* C05      12-10-15    ✒ print/TDCJ#/sign/date

** Approval is voided if neckwear or devotional item is not ordered within 30 days from approved date, if it is not received from the approved vendor/provider, or if it does not meet agency specifications upon receipt.

**Murphy 846**

REQUEST FOR PLACEMENT ON VISITORS LIST

NAME: Patrick H. Murphy

TDCJ NUMBER: 999461 UNIT: TL DATE: July 16, 13

I am (check one): ☒ Married - Legal ☐ Married - Common-Law ☐ Divorced ☐ Separated ☐ Widowed ☐ Single

PLEASE PLACE THE FOLLOWING NAMES ON MY VISITORS LIST:

1. Name: Gerald Sherlock          Age 72    Relationship: Fred
Address _____  Phone # _____
What is your interest in visiting this person? Spiritual Advisor
Is the individual: ☐ Current Employee ☐ Former Employee ☐ Parole ☐ Discharged ☐ Supervision
Is this individual an ex-offender? ☐ Yes ☒ No • Remove person from Visitors List ☐ Yes ☒ No
☐ Approved (Add to Visitors List)  ☐ Denied (Do not Add to Visitors List)

2. Name: Laura Ann Bullard       Age 31    Relationship: Fred
Address _____  Phone # _____
What is your interest in visiting this person? Special Friend
Is the individual: ☐ Current Employee ☐ Former Employee ☐ Parole ☐ Discharged ☐ Supervision
Is this individual an ex-offender? ☐ Yes ☒ No • Remove person from Visitors List ☐ Yes ☒ No
☐ Approved (Add to Visitors List)  ☐ Denied (Do not Add to Visitors List)

3. Name: _____  Age ____  Relationship: _____
Address _____  Phone # _____
What is your interest in visiting this person? _____
Is the individual: ☐ Current Employee ☐ Former Employee ☐ Parole ☐ Discharged ☐ Supervision
Is this individual an ex-offender? ☐ Yes ☐ No • Remove person from Visitors List ☐ Yes ☐ No
☐ Approved (Add to Visitors List)  ☐ Denied (Do not Add to Visitors List)

4. Name: _____  Age ____  Relationship: _____
Address _____  Phone # _____
What is your interest in visiting this person? _____
Is the individual: ☐ Current Employee ☐ Former Employee ☐ Parole ☐ Discharged ☐ Supervision
Is this individual an ex-offender? ☐ Yes ☐ No • Remove person from Visitors List ☐ Yes ☐ No
☐ Approved (Add to Visitors List)  ☐ Denied (Do not Add to Visitors List)

5. Name: _____  Age ____  Relationship: _____
Address _____  Phone # _____
What is your interest in visiting this person? _____
Is the individual: ☐ Current Employee ☐ Former Employee ☐ Parole ☐ Discharged ☐ Supervision
Is this individual an ex-offender? ☐ Yes ☐ No • Remove person from Visitors List ☐ Yes ☐ No
☐ Approved (Add to Visitors List)  ☐ Denied (Do not Add to Visitors List)

6. Name: Irene Wilcox            Age ____  Relationship: Fred
Address _____  Deceased  Phone # _____
What is your interest in visiting this person? _____
Is the individual: ☐ Current Employee ☐ Former Employee ☐ Parole ☐ Discharged ☐ Supervision
Is this individual an ex-offender? ☐ Yes ☐ No • Remove person from Visitors List ☒ Yes ☐ No
☐ Approved (Add to Visitors List)  ☐ Denied (Do not Add to Visitors List)

7. Name: _____  Age ____  Relationship: _____
Address _____  Phone # _____
What is your interest in visiting this person? _____
Is the individual: ☐ Current Employee ☐ Former Employee ☐ Parole ☐ Discharged ☐ Supervision
Is this individual an ex-offender? ☐ Yes ☐ No • Remove person from Visitors List ☐ Yes ☐ No
☐ Approved (Add to Visitors List)  ☐ Denied (Do not Add to Visitors List)

8. Name: _____  Age ____  Relationship: _____
Address _____  Phone # _____
What is your interest in visiting this person? _____
Is the individual: ☐ Current Employee ☐ Former Employee ☐ Parole ☐ Discharged ☐ Supervision
Is this individual an ex-offender? ☐ Yes ☐ No • Remove person from Visitors List ☐ Yes ☐ No
☐ Approved (Add to Visitors List)  ☐ Denied (Do not Add to Visitors List)

9. Name: _____  Age ____  Relationship: _____
Address _____  Phone # _____
What is your interest in visiting this person? _____
Is the individual: ☐ Current Employee ☐ Former Employee ☐ Parole ☐ Discharged ☐ Supervision
Is this individual an ex-offender? ☐ Yes ☐ No • Remove person from Visitors List ☐ Yes ☐ No
☐ Approved (Add to Visitors List)  ☐ Denied (Do not Add to Visitors List)

10. Name: _____  Age ____  Relationship: _____
Address _____  Phone # _____
What is your interest in visiting this person? _____
Is the individual: ☐ Current Employee ☐ Former Employee ☐ Parole ☐ Discharged ☐ Supervision
Is this individual an ex-offender? ☐ Yes ☐ No • Remove person from Visitors List ☐ Yes ☐ No
☐ Approved (Add to Visitors List)  ☐ Denied (Do not Add to Visitors List)

Warden or Designee (Print/Sign/Date): _____

JUL 17 2013

RO-1 (May 2008)
Front Page

Murphy 847

# HOW OFFENDERS REQUEST CHANGES TO THE VISITORS LIST

In order to consider changes in an offender's Visitors List, it is necessary that the unit administration receive certain types of information about the person with whom the offender wishes to visit.

To have changes in the offender's Visitors List approved as quickly as possible, listed below are points to keep in mind when writing the unit administration.

ONLY TEN (10) NAMES can appear on the offender's Visitors List. If the offender wishes to replace one person with another, the offender must be sure to indicate the person to be removed from the Visitors List. Check the appropriate box on the reverse side of this page.

ANY MEMBER OF THE OFFENDER'S IMMEDIATE FAMILY shall be approved without further investigation if that person's name appears in the TDCJ records. "Immediate Family," for the purpose of this plan, is a spouse (ceremonial, proxy or common-law), natural, adopted mother and stepmother; natural, adopted father and stepfather; natural, adopted children, stepchildren, grandchildren and step-grandchildren; natural, adopted siblings and stepsiblings; natural, adopted grandparents and step-grandparents; aunt, uncle; and persons related by marriage (in-laws: father, mother, daughter, son, brother, sister, grandchildren and grandparents).

If the offender wishes to visit with an immediate family member not listed when interviewed, it will be necessary for the TDCJ to investigate that person prior to approving a visit.

CHANGES IN MARITAL STATUS since admitted requires verification. For example, if an offender has obtained/received a divorce, it will be necessary for the offender to furnish verifiable information regarding the divorce in order to change the marital status portions of the Visitors List.

FORMER OR CURRENT TDCJ EMPLOYEES whom offenders are requesting to be placed on the Visitors List must be indicated on the RO-1, "Request for Placement on Visitors List." An RO-2, "Visitation Approval Form - Current/Former TDCJ Employee" is required to be submitted by the offender in addition to the RO-1 for each former or current TDCJ employee requested.

VISITORS CURRENTLY INCARCERATED IN A CORRECTIONAL FACILITY, ON PAROLE, DISCHARGED OR MANDATORY SUPERVISION must be reported as such on the RO-1.

## DECLARATION

I, Patrick Murphy _____ TDCJ # 999461 , hereby certify that all the information given on this form is true and correct to the best of my knowledge. I am aware that false or incomplete information could result in DISCIPLINARY ACTION and/or removal of the person from my Visitors List.

Patrick H Murphy _____      July 16, 2013
SIGNATURE                            DATE

LIST THE NAME YOU WISH ADDED TO YOUR VISITORS LIST HERE (PRINT CLEARLY): (Add additional pages if needed)

Name:_____ Age _____ Relationship:_____
Address _____ Phone #_____
What is your interest in visiting this person? _____
Is the individual: ☐ Current Employee ☐ Former Employee ☐ Parole ☐ Discharged ☐ Supervision
Is this individual an ex-offender? ☐ Yes ☐ No • Remove person from Visitors List ☐ Yes ☐ No
  ☐ Approved (Add to Visitors List)       ☐ Denied (Do not Add to Visitors List)

RO-1 (May 2008)
Back Page

**Murphy 848**

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Chaplin Collier, I want to change my official religion on my travel card. Change from Protestant to Buddhism/Yoga. I would also like to order some religious items. Do I need a special form for these orders. If so would you send me 4 sets of the proper forms.

Thank You

Patrick Murphy

lame: Patrick Murphy     No: 999461     Unit: TL

iving Quarters: 12-F-12     Work Assignment: OR

ISPOSITION: (Inmate will not write in this space)    01-24-2011: Changed religous preference from Roman Catholic to Buddhism/Yoga on Travel Card.

John Yours, CVCA

-60 (Rev. 11-90)

**Murphy 849**

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 1-4-16

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Murphy, Quin | 999279 | AB17 | William Mileo | JS |
| Murphy, Patrick | 999461 | A F50 | Ronald Sharrock | JS |
| Stone, Charles | 999299 | CF76 | Ronald Sharrock | JS |

DAILY MINISTER VISITS.doc

Murphy 850

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 1-26-16

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Medrano, Rodolfo | 999561 | C-L33 | Maria Martung | JS |
| Green, Perry | 999561 | 13B17 | Donald Sharrock | JS |
| Cardonas, Ruben | 999375 | C2410 | Gerald Sharrock | JS |

DAILY MINISTER VISITS.doc

**Murphy 851**

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 2/2/16

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Murphy, Jedidiah | 999392 | FD48 | Rabbi Holbstein | JS |
| Murphy, Patrick | 999461 | CC39 | Herald Sharrock | JS |
| Moon, Charles | 999299 | CB15 | Herald Sharrock | JS |

DAILY MINISTER VISITS.doc

**Murphy 852**

DAILY MINISTER VISITS.doc

**ALLAN B. POLUNSKY UNIT**
**DAILY MINISTER VISITS**

DATE: _____

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Green, Gary | 999451 | BB17 | Gerald Sharrock | JS |
| Whithers Cloie | 999396 | BB36 | Gerald Sharrock | JS |
| | | | | |

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 3/11/16

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Murphy, Patrick | 999461 | DF80 | H. Sherrock | JS |
| Snow, Charles | 999295 | AA 8 | S. Sherrock | JS |
| | | | | |

DAILY MINISTER VISITS.doc

**Murphy 854**

# ALLAN B. POLUNSKY UNIT
## DAILY MINISTER VISITS

DATE: 3/15/16

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Ruiz, Wesley | 999346 | FD50 | Maria Castillo | JS |
| Green, Jerong | 999361 | BB17 | J. Shannock | JS |
| Cardona, Ruben | 999275 | CC40 | J. Shannock | JS |

Murphy 855

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 4/5/16

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Cohea, Abel | 994450 | ADY3 | B. Brown | JS |
| Murphy, Patrick | 999461 | AE59 | J. Sharrock | JS |
| Flores, Charles | 999099 | AAL6 | J. Sharrock | JS |

DAILY MINISTER VISITS.doc

**Murphy 856**

**ALLAN B. POLUNSKY UNIT**
**DAILY MINISTER VISITS**

DATE: 4/16/16

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Green Randy | 999361 | Cancelled B.B17 | B. Sharrock | JS |
| Wardlow Billy | 999276 | Cancelled B.B26 | Y. Sharrock | JS |
| Swearsen Larry | 999361 | BC33 | Ann Slawns | JS |

Murphy 857

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 4/28/16

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Whathina, Obie | 999396 | BB26 | L.J. Shannock | JS |
| Garcia, Joseph | 999441 | CC36 | K. Cox | JS |
| Wardlow, Billy | 999137 | A2-66 | K. Cox | JS |

DAILY MINISTER VISITS.doc

**Murphy 858**

**ALLAN B. POLUNSKY UNIT**
**DAILY MINISTER VISITS**

DATE: 4/29/16

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Buen, Gary | 999561 | BB17 | M. Sharrock | JS |
| Whitaker, Thomas | 999532 | BB37 | K. Cox | JS |
| Williams, Eric | 999598 | AB32 | K. Cox | JS |

Murphy 859

DAILY MINISTER VISITS.doc

## ALLAN B. POLUNSKY UNIT
## DAILY MINISTER VISITS

DATE: 5/3/16

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Breen, Gary | 999326 | BB17 | B Sherrock | JS |
| Murphy, Patrick | 999401 | BF77 | J Sherrock | JS |
| | | | | |
| | | | | |

**Murphy 860**

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 5/17/16

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Whitaker, Thomas | 999327 | BB27 | M. Whiteside | RL |
| Hower, Charles | 999399 | AA8 | Y. Shearrock | JS |
| Cardenas, Ruben | 999375 | CC40 | Y. Shearrock | JS |

DAILY MINISTER VISITS.doc

Murphy 861

DAILY MINISTER VISITS.doc

**ALLAN B. POLUNSKY UNIT**
**DAILY MINISTER VISITS**

DATE: 5/31/16

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Sloan, Charles | 999299 | 11A8 | B. Shamrock | JS |
| Ruiz, Wesley | 999534 | F054 | Maria Castillo | JS |

**Murphy 862**

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 6/7/16

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Williams, Perry | 999420 | AA7 | M. Whiteside | JS |
| Murphy, Patrick | 999461 | A8L8 | Y. Sharrock | JS |
| Cardenas, Ruben | 999275 | CC40 | Y. Sharrock | JS |

Murphy 863

**ALLAN B. POLUNSKY UNIT**
**DAILY MINISTER VISITS**

DATE: 6/31/16

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Green, Gary | 999561 | B B17 | M. Sharrock | JS |
| Weathers, Odie | 999396 | BB36 | Y Sharrock | JS |
| Williams, Perry | 999430 | AA 2 | M Whitside | JS |

*DAILY MINISTER VISITS.doc*

**Murphy 864**

DAILY MINISTER VISITS.doc

# ALLAN B. POLUNSKY UNIT
## DAILY MINISTER VISITS

DATE: 7/5/16

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Williams, Perry | 999400 | AA2 | P. Muhammad | JS |
| Wardlaw, Obie | 999846 | CA1 | Y. Sharieck | JS |
| Murphy, Patrick | 999494 | DE18 | Y. Sharieck | JS |

Murphy 865

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 7/12/16

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Moore, Charles | 999399 | BD55 | J. Shannock | JS |
| | | | | |
| | | | | |

DAILY MINISTER VISITS.doc

**Murphy 866**

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: July 19 2016

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Cardenas, Ruben | 999275 | CC-40 | Gerald Shannon | JS |
| Green, Glenn | 999521 | BB-17 | Gerald Shannon | JS |
| | | | | |

DAILY MINISTER VISITS.doc

**Murphy 867**

ALLAN B. POLUNSKY UNIT
# DAILY MINISTER VISITS

DATE: 8/2/16

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Murphy, Patrick | 999461 | HD15 | G. Sherlock | JS |
| Cardenas, Ruben | 999275 | C040 | G. Sherlock | JS |
| | | | | |

DAILY MINISTER VISITS.doc

**Murphy 868**

## ALLAN B. POLUNSKY UNIT
## DAILY MINISTER VISITS

DATE: _8/6/14_

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Green, Gary | 999376 | BB17 | Y. Shannock | JS |
| Whitaker, Thomas | 999394 | CA3 | Y. Shannock. | JS |
| Roberson, Robert | 999442 | AC31 | M. Whiteside | JS |

**Murphy 869**

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 9/6/16

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Green, Gary | 999361 | BB17 | Y. Sharrock | JS |
| Weathers, Obie | 999396 | CA3 | Y. Sharrock | JS |
| | | | | |
| | | | | |

DAILY MINISTER VISITS.doc

**Murphy 870**

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 9-13-14

(Warden's Secretary. x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Whitaker, Thomas | 999532 | AB35 | M. Whiteside | JS |
| Cardenas, Ruben | 959275 | CC40 | S. Sharrock | JS |
| Murphy, Patrick | 999461 | A1315 | H. Sharrock | JS |

DAILY MINISTER VISITS.doc

Murphy 871

DAILY MINISTER VISITS.doc

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 9/30/16

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Flores Charles | 999299 | BE67 | Gerald Shemrock | JS |
| | | | | |
| | | | | |

**Murphy 872**

**ALLAN B. POLUNSKY UNIT**
**DAILY MINISTER VISITS**

DATE: 10/4/16

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Murphy, Patrick | 999441 | CA13 | Y. Shannock | BC |
| Owen, Greg | 999701 | BB19 | Y Shannock | BC |
| | | | | |

**Murphy 873**

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: _10/11/16_

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Cardenas, Ruben | 999275 | CC40 | B. Sharrock | BC |
| Weathers, Arie | 999394 | C403 | J. Sharrock | BC |
| | | | | |
| | | | | |
| | | | | |

**Murphy 874**

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 10/25/16

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Flores, Charles | 999299 | B867 | D. Sharrock | BC |
| Austin, Perry | 999410 | BF-72 | B. Brown | BC |
| Ballard, Glenn | 999393 | C051 | B. Brown | BC |

DAILY MINISTER VISITS.doc

**Murphy 875**

DAILY MINISTER VISITS.doc

## ALLAN B. POLUNSKY UNIT
### DAILY MINISTER VISITS

DATE: 11-1-16

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Murphy, Patrick | 999461 | BP51 | J Sharrock | BL |
| Green, Gary | 999561 | B1B17 | Y Sharrock | BL |
| | | | | |

Murphy 876

**ALLAN B. POLUNSKY UNIT**
**DAILY MINISTER VISITS**

DATE: 11-8-16

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Ramirez, John | 999557 | CF-74 | Andrew Bell | B |
| Cardenas, Ruben | 999275 | C C 40 | Y Sharrock | B |
| Watkins, Eddie | 999396 | CA 3 | B. Sharrock | B |

DAILY MINISTER VISITS.doc

# ALLAN B. POLUNSKY UNIT
## DAILY MINISTER VISITS

DATE: ___11-15-16___

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Roberson, Robert | 999442 | AC31 | B. Brown | BC |
| Thompson, Charles | 999306 | AF83 | B. Brown | BC |
| Flores, Charles | 999299 | B367 | N. Sharrock | BC |

*DAILY MINISTER VISITS.doc*

**Murphy 878**

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 12/6/16

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Green, Gary | 999561 | BD51 | Y Sharrock | BC |
| Murphy, Patrick | 999446 | AC41 | Y Sharrock | BC |
| Hummel, John | 999567 | A047 | B. Brown | BC |

**Murphy 879**

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 12/13/16

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Weathers, Obie | 999396 | CA3 | Y. Sharrock | BL |
| Cardenas, Ruben | 999275 | CC40 | Y. Sharrock | BL |
|  |  |  |  |  |

DAILY MINISTER VISITS.doc

**Murphy 880**

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 12/20/16

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Ramirez, John | 0999744 | CID53 | M. Whiteside | BL |
| Bible, Danny | 0994455 | AF12 | M whiteside | BL |
| Brown, Charles | 999269 | B467 | J. Shannock | Bi |

Murphy 881

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 1-3-17

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Green, Gary | 999361 | BC 70 | Y. Shotrock | TJ |
| Murphy, Patrick | 999461 | BB23 | Y. Shotrock | TJ |
|  |  |  |  |  |

Murphy 882

## ALLAN B. POLUNSKY UNIT
## DAILY MINISTER VISITS

DATE: _1-10-17_

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Cardenas, Ruben | 999275 | CC40 | Y. Sharrock | TJ |
| Weathru.Oine | 999394 | CA3 | Y. Sharrock | TJ |
| Long, Steven | 999514 | AA7 | B. Brown | TJ |

DAILY MINISTER VISITS.doc

**ALLAN B. POLUNSKY UNIT**
**DAILY MINISTER VISITS**

DATE: _____ 1-17-17 _____

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Oruery, Marcus | 999464 | AB30 | C. Williams | TJ |
| Gonzales, Ramiro | 999513 | AB15 | C. Williams | TJ |
| Stowe, Charles | 999299 | B367 | J. Skarrock | TJ |

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 2/7/17

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Murphy, Patrick | 999461 | AD56 | J. Sharrock | TJ |
| Green, Gary | 999561 | BE70 | J Sharrock | TJ |
| Carter, Julius | 999517 | AB37 | Miske Paredes | TJ |

**Murphy 885**

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 2/14/17

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Whithers, Olon | 999996 | CA 3 | J. Sharrock | TJ |
| Cardenas, Ruben | 999275 | CC 40 | J. Sharrock | TJ |

DAILY MINISTER VISITS.doc

**Murphy 886**

DAILY MINISTER VISITS.doc

ALLAN B. POLUNSKY UNIT
**DAILY MINISTER VISITS**

DATE: 2/21/17

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Flores, Charles | 999299 | B2L7 | D. Sharrock | TU |
| | | | | |
| | | | | |

**Murphy 887**

DAILY MINISTER VISITS.doc

**ALLAN B. POLUNSKY UNIT**
**DAILY MINISTER VISITS**

DATE: 3/7/17

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Weathers Olou | 999396 | CA3 | Y. Sharrock | BC |
| Murphy, Patrick | 999461 | AD57 | B. Sharrock | BC |
| Bible, Danny | 999455 | AF72 | M. Whiteside | BC |

**Murphy 888**

**ALLAN B. POLUNSKY UNIT**
**DAILY MINISTER VISITS**

DATE: 3/14/17

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Cardenas, Ruben | 999275 | C046 | Y. Sharrock | BL |
| Green, Mary | 999361 | BC 70 | Y. Sharrock | BL |
| Long, Steven | 999514 | AA7 | B. Brown | BL |

DAILY MINISTER VISITS.doc

**Murphy 889**

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 3/21/17

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Flores, Charles | 999299 | BF71 | Y. Sharrock | BC |
| Hamilton, Ronald | 999436 | CF74 | C. Williams | BC |
| Prayer, Jaichin | 999494 | CD5D | C. Williams | BC |

DAILY MINISTER VISITS.doc

**Murphy 890**

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 4/4/17

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Murphy, Patrick | 999441 | AD56 | Y. Sharrock | JL |
| Breen, Gary | 999561 | BE70 | Y. Sharrock | JL |
| Pratte, Robert | 999189 | AD52 | B. Brown | JL |

**Murphy 891**

**ALLAN B. POLUNSKY UNIT**
**DAILY MINISTER VISITS**

DATE: _4/14/17_

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Ochoa, Abel | 999450 | CD48 | B. Brown | JL |
| Weathers, Obie | 999396 | CC60 | Y. Sharrock | JC |
| Cardenas, Ruben | 999275 | CD46 | Y. Sharrock | JC |

DAILY MINISTER VISITS.doc

**Murphy 892**

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 4/25/19

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Carter, Silas | 999517 | AA5 | Nuski Paredes | TS |
| Stowe, Charles | 999299 | BF71 | E. Sharrock | TL |
| | | | | |

Murphy 893

DAILY MINISTER VISITS.doc

**ALLAN B. POLUNSKY UNIT**
**DAILY MINISTER VISITS**

DATE: 3/2/17

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Green, Gary | 999361 | BE7D | JJ Sharrock | T.J. |
| Murphy, Patrick | 999461 | AD14 | JJ Sharrock | J.J. |
| | | | | |
| | | | | |

**Murphy 894**

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 5/9/17

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Cardenas, Ruben | 999275 | CD4L | L. Sharrock | TJ |
| Weathers, Obie | 999396 | CE60 | L. Sharrock | TJ |
| | | | | |

DAILY MINISTER VISITS.doc

**Murphy 895**

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 5/16/17

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Mullen, Travis | 999363 | CE58 | B. Brown | TJ |
| Thompson, Charles | 999300 | BD49 | B. Brown | TU |
| Roser, Charles | 999399 | BF71 | Y Sharrock | TJ |

Murphy 896

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 6/6/19

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Castillo, Juan | 999602 | AA4 | M. Paudes | TJ |
| Green, Gary | 999561 | BC41 | J. Shannock | TJ |
| Murphy, Patrick | 999461 | AC40 | J. Shannock | TJ |

DAILY MINISTER VISITS.doc

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 6/12/11

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Cardenas, Ruben | 999275 | CD46 | D. Sharrock | TJ |
| Weathers, Obai | 999396 | CE60 | Y. Sharrock | TJ |
| Culvert, James | 999600 | BB25 | B. Brown | TJ |

*DAILY MINISTER VISITS.doc*

**Murphy 898**

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 7/3/17

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Slumin, Henry | 999143 | AC33 | C. Glockman | TJ |
| Murphy, Patrick | 999401 | AC40 | Y. Sharrock | TJ |
| Green, Gary | 999561 | BC41 | Y. Sharrock | TJ |

Murphy 899

ALLAN B. POLUNSKY UNIT
**DAILY MINISTER VISITS**

DATE: 7/11/17

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Bible, Danny | 999455 | AF15 | M. Whiteside | TJ |
| Weathers, Obie | 999396 | CE6D | J. Sharrock | TJ |
| Cardenas, Ruben | 999275 | CD46 | J. Sharrock | TJ |

*DAILY MINISTER VISITS.doc*

**Murphy 900**

ALLAN B. POLUNSKY UNIT
**DAILY MINISTER VISITS**

DATE: 7/18/17

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Young, Clinton | 999447 | A P 2 | M. Paredes | BC |
| Ramirez, Juan | 999440 | BE 66 | M. Paredes | BC |
| Flores, Charles | 999299 | BF71 | J. Bharroot | TJ |

**Murphy 901**

DAILY MINISTER VISITS.doc

ALLAN B. POLUNSKY UNIT
**DAILY MINISTER VISITS**

DATE: 8/1/17

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Green, Gary | 995761 | BC41 | B. Sharrock | TJ |
| Murphy, Patrick | 999461 | BB22 | B Sharrock | TJ |
| | | | | |
| | | | | |

**Murphy 902**

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 8/8/17

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Code, Tyrone | 999575 | CDSO | B Brown | TJ |
| Cardenas, Ruben | 999275 | CD4C | Y. Sharrock | TJ |
| Suarez, Charles | 999309 | BF71 | Y. Sharrock | TJ |

DAILY MINISTER VISITS.doc

Murphy 903

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 8/15/17

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Roberson, Robert | 999442 | A859 | B. Brown | TJ |
| Mullis, Travis | 999563 | CE58 | B. Brown | TJ |
| Flores, Charles | 999399 | BF71 | H. Shamock | TJ |

DAILY MINISTER VISITS.doc

**Murphy 904**

DAILY MINISTER VISITS.doc

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: ___9/5/17___

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Green, Jerry | 999561 | BD43 | D. Sharrock | TJ |
| Murphy, Patrick | 999461 | DF81 | D. Sharrock | TJ |

**Murphy 905**

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 9/2/17

(Warden's Secretary; x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Wathen, Obie | 999396 | AB26 | J. Sharrock | JJ |
| Flores, Charles | 999389 | CF75 | J. Sharrock | TJ |
| Austin, Perry | 999410 | CA12 | B. Brown | TJ |

DAILY MINISTER VISITS.doc

**Murphy 906**

**ALLAN B. POLUNSKY UNIT**
**DAILY MINISTER VISITS**

DATE: 9/19/17

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Cardenas, Ruben | 999275 | AA2 | Y. Sharrock | TJ |
| Mullin, Travis | 999263 | C13L6 | B. Brown | TJ |
| Dalton, Dhel | 999450 | AE6D | B. Brown | TJ |

DAILY MINISTER VISITS.doc

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: _11/1/17_

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Leathers, Obi | 999396 | AB26 | J Sharlock | JB |
| Canderas, Ruben | 999275 | AA 2 | J. Sharlock | JB |
| | | | | |

DAILY MINISTER VISITS.doc

**ALLAN B. POLUNSKY UNIT**
**DAILY MINISTER VISITS**

DATE: 11/8/17

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Murphy, Patrick | 0999461 | QD18 | J. Sharrock | JB |
| Green, Gary | 0995261 | BD43 | J. Sharrock | JB |
| Hummel, John | 0999767 | CD50 | B. Brown | JB |

*DAILY MINISTER VISITS.doc*

**ALLAN B. POLUNSKY UNIT**
**DAILY MINISTER VISITS**

DATE: 12/5/17

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Roberson, Robert | 999442 | CE57 | 43. Brown | JB |
| Brian Hung | 999561 | BD43 | N. Shavrock | JB |
| Murphy, Patrick | 999461 | AC41 | N. Shavrock | JB |

**Murphy 910**

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 12/12/17

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Nauwo, Reinaldo | 999748 | CF82 | J. Sharrock | JB |
| Weather, Obie | 994396 | A1326 | J. Sharrock | JB |
| Hummel, John | 999567 | CD50 | B. Brown | JB |

DAILY MINISTER VISITS.doc

Murphy 911

ALLAN B. POLUNSKY UNIT
**DAILY MINISTER VISITS**

DATE: 1/3/18

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Rayford William | 999371 | AA7 | M. Boone | JB |
| Murphy, Patrick | 999461 | BF01 | J. Shamrock | JB |
| Green, Gary | 999561 | BD43 | J. Shamrock | JB |

Murphy 912

**ALLAN B. POLUNSKY UNIT**
**DAILY MINISTER VISITS**

DATE: _1-9-18_

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Rubio, John | 999462 | BF73 | B. Brown | JB |
| Dennes, Reinaldo | 999248 | CF82 | J. Shasrock | JB |
| Weathers, Orece | 999354 | A1326 | J. Shasrock | JB |

*DAILY MINISTER VISITS.doc*

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: _2/13/18_

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Soliz, Mark | 999571 | B-606 | B. Brown | JB |
| Long, Steven | 999514 | FB15 | B. Brown | JB |
| Weathersbie | 999394 | A636 | JJ. Sharrock | JB |

DAILY MINISTER VISITS.doc

**Murphy 914**

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 2/21/18

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Bible, Danny | 999455 | AF77 | M. Whiteside | JB |
| Calvert, James | 999600 | BF79 | B. Brown | JB |
| Brown, Barry | 99956 1 | BD43 | | |
| Murphy, Patrick | 999461 | B781 | Y. Sharrock | JB |

**Murphy 915**

DAILY MINISTER VISITS.doc

**ALLAN B. POLUNSKY UNIT**
**DAILY MINISTER VISITS**

DATE: 3/6/18

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Murphy, Patrick | 999461 | BD51 | Y. Sharrock | JB |
| Green, Gary | 999521 | BD43 | Y. Sharrock | JB |
| Allen, Henry | 999386 | AC42 | B. Brown | JB |

**Murphy 916**

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 3/13/18

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Weathers Obie | 999394 | AB26 | Y. Sharrock | JB |
| Quiroa, Reinaldo | 999248 | CF82 | Y. Sharrock | JB |
| Calvert, James | 999400 | BC33 | B. Brown | JB |

*DAILY MINISTER VISITS.doc*

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: January 28th, 2019

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Weathers, Obie | 999396 | AF-80 | V. Marin's | SP |
| Green, Gary | 999561 | CF-79 | G. Sharrock | SP |
| Murphy, Patrick | 999461 | AA-6 | G. Sharrock | SP |

DAILY MINISTER VISITS.doc

**Murphy 918**

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS
DATE: February 15th, 2019

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Milam, Blaine | 999558 | AB-22 | D. Ruelos | SP |
| Weathers, Obie | 999396 | 4F-80 | G. Sharrock | SP |
| Murphy, Patrick | 999461 | AA-6 | G. Sharrock | SP |

DAILY MINISTER VISITS.doc

**Murphy 919**

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: March 7th, 2019

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Green, Grant | 999561 | BF-79 | G. Sharrock | JB |
| Murphy, Patrick | 999141 | AA-6 | G. Sharrock | JB |
| Gonzales, Ramiro | 999513 | BA-10 | K. Williams | JB |

Murphy 920

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: March 04, 2019

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Watthers, Obie | 999396 | AF-80 | G. Sharrock | AB |
| Phillip, Mark | 999571 | AB-16 | B. Brown | AB |
| Rubio, John | 999462 | AE-63 | B. Brown | AB |

DAILY MINISTER VISITS.doc

**Murphy 921**

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 3-26-19

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Green, Gary | 999561 | BF-79 | G. Sharrock | JB |
| Long, Steven | 999514 | BF-84 | B. Brown | JB |
| Hudson, William | 999608 | AD-52 | B. Brown | JB |

*DAILY MINISTER VISITS.doc*

**Murphy 922**

DAILY MINISTER VISITS.doc

# ALLAN B. POLUNSKY UNIT
## DAILY MINISTER VISITS

DATE: March 27th, 2019

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Will, Robert | 999402 | AE-69 | B. Brown | JB |
| Murphy, Patrick | 999461 | AA-6 | G. Shornock | SP |
| Ochoa, Abel | 999450 | BD-46 | B. Brown | JB |

**Murphy 923**

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: March 28th, 2019

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Miller, Demontrell | 999551 | &B-24 | G. Shamock | SP |
| | | | | |
| | | | | |
| | | | | |

*DAILY MINISTER VISITS.doc*

**Murphy 924**

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 4-2-19

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Bluntson, Demond | 999602 | CC-32 | B. Brown | SP |
| Petterson, US Carroll | 999582 | CC-31 | B. Brown | SP |
| Murphy, Patrick | 999461 | AE-60 | G. Shanek | SP |

DAILY MINISTER VISITS.doc

**Murphy 925**

ALLAN B. POLUNSKY UNIT
DAILY MINISTER VISITS

DATE: 4-4-19

(Warden's Secretary, x 8110)

| OFFENDER'S NAME | TDCJ # | HOUSING | MINISTER | APPROVED |
|---|---|---|---|---|
| Flores, Charles | 999209 | BF-78 | G. Sharrock | SP |
| Davis, Irving | 999423 | BC-30 | B. Brown | SP |
| Russell, Pete | 999443 | BC-37 | B. Brown | SP |

*DAILY MINISTER VISITS.doc*

**Murphy 926**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: _2-1-19_     TIME: _8:08 am_

CALLER'S NAME: _Gerald Shamock_

AFFILIATION: _____

PAPERS ON FILE? __✓__ YES _____ NO

TELEPHONE # : _____

DAY / DATE OF
REQUESTED VISIT: _March 8th, 2019_  7th (Thurs.)

OFFENDER'S NAME: _Murphy, Patrick_

OFFENDER'S NUMBER: _999461_

HOUSING: _AA-6_     CUSTODY LEVEL: _D1_

COMMENTS: _____

_____

_____

WARDEN'S APPROVAL: _/ 9. Bll_     DISAPPROVAL: _____

MESSAGE TAKEN BY: _Xaura_

R26
0930
1125

**Murphy 927**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: _1-2-19_      TIME: _8:00 am_

CALLER'S NAME: _Gerald Shamock_

AFFILIATION: _____

PAPERS ON FILE? _✓_ YES _____ NO

TELEPHONE # : _____

DAY / DATE OF
REQUESTED VISIT: _Friday - February 15th, 2019_

OFFENDER'S NAME: _Murphy, Patrick_

OFFENDER'S NUMBER: _999461_

HOUSING: _AA-6_       CUSTODY LEVEL: _D1_

COMMENTS: _Start: 0850_
_End: 1050_
_Murphy_
_Seat: 29_

WARDEN'S APPROVAL: _S. Lumpaw_ DISAPPROVAL: _____

MESSAGE TAKEN BY: _X Anna_

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: 12-19-18    TIME: 11:05am

CALLER'S NAME: G. Sharrock

AFFILIATION:

PAPERS ON FILE? _____ YES _____ NO

TELEPHONE # :

DAY / DATE OF
REQUESTED VISIT:    Mon.    1-28-19

OFFENDER'S NAME: Murphy, Patrick

OFFENDER'S NUMBER: 999461

HOUSING: 12 A-6    CUSTODY LEVEL: D1

COMMENTS: Start: 09:55

End: 11:55

Sect: 27

WARDEN'S APPROVAL: S. Ruezław    DISAPPROVAL:

MESSAGE TAKEN BY: L. Lenox

**Murphy 929**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

*DATE:* 2/1/18      *TIME:* 800

*CALLER'S NAME:* J Sharrock

*AFFILIATION:*

     *PAPERS ON FILE?* X *YES* _____ *NO*

*TELEPHONE # :*

*DAY / DATE OF REQUESTED VISIT:* Tue 3 / 6 / 18

*OFFENDER'S NAME:* Murphy, Patrick

*OFFENDER'S NUMBER:* 999461

*HOUSING:* BD51      *CUSTODY LEVEL:* D1

*COMMENTS:* _____ cancelled

*WARDEN'S APPROVAL:* / 9. full *DISAPPROVAL:*

*MESSAGE TAKEN BY:* Jodie

**Murphy 930**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

*DATE:* 1/2/18   *TIME:* 8:00

*CALLER'S NAME:* G. Sharrock

*AFFILIATION:*

*PAPERS ON FILE?* ___X___ *YES* _____ *NO*

*TELEPHONE # :*

*DAY / DATE OF*
*REQUESTED VISIT:* 2/~~24~~ Wed 21 /18

*OFFENDER'S NAME:* Murphy, Patrick

*OFFENDER'S NUMBER:* 999461

*HOUSING:* ~~HC41~~ 12Bldg BPod   *CUSTODY LEVEL:* D1
8T cell

*COMMENTS:* #24   0820-1020

*WARDEN'S APPROVAL:* / G.W. A. *DISAPPROVAL:*

*MESSAGE TAKEN BY:* Jodie

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

*DATE:* 12/1/17     *TIME:* 802

*CALLER'S NAME:* G Sharrock

*AFFILIATION:*

*PAPERS ON FILE?* X *YES* _____ *NO*

*TELEPHONE # :* held

*DAY / DATE OF
REQUESTED VISIT:* 1 / 03 /18

*OFFENDER'S NAME:* Murphy, Patrick

*OFFENDER'S NUMBER:* 999461

*HOUSING:* ~~ACH~~ BF81     *CUSTODY LEVEL:* D1

*COMMENTS:*

*WARDEN'S APPROVAL:* Q-ved. An *DISAPPROVAL:*

*MESSAGE TAKEN BY:* Jodie

**Murphy 932**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: 11/1/17  TIME: 805

CALLER'S NAME: Y. Sharrock

AFFILIATION:

PAPERS ON FILE? X YES _____ NO

TELEPHONE # :

DAY / DATE OF
REQUESTED VISIT: 12 / 5 Tue /17

OFFENDER'S NAME: Murphy, Patrick

OFFENDER'S NUMBER: 999461

HOUSING: ~~AF84~~ AC41  CUSTODY LEVEL: 81

COMMENTS: Strt: 0835
End: 1035
Seat: 23
Si den

WARDEN'S APPROVAL: / 9 Hill, AW DISAPPROVAL:_____

MESSAGE TAKEN BY: Jodi

**Murphy 933**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

*DATE:* 10/2/17      *TIME:* 810

*CALLER'S NAME:* D Sharrock

*AFFILIATION:*

     *PAPERS ON FILE?* X *YES* _____ *NO*

*TELEPHONE # :*

*DAY / DATE OF REQUESTED VISIT:* 11 | Wed 8 | 17

*OFFENDER'S NAME:* Murphy, Patrick

*OFFENDER'S NUMBER:* 999461

*HOUSING:* FFST CB18      *CUSTODY LEVEL:* D1

*COMMENTS:* Start @ 0820

End @ 1020

*WARDEN'S APPROVAL:* ✓ 9 pu      *DISAPPROVAL:*

*MESSAGE TAKEN BY:* Jodie

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: _8/1/17_ TIME: _803_

CALLER'S NAME: _G. Sharrock_

AFFILIATION: _____

PAPERS ON FILE? _X_ YES _____ NO

TELEPHONE # : _____

DAY / DATE OF
REQUESTED VISIT: _Tue Sept 5. 2017_

OFFENDER'S NAME: _Murphy, Patrick_

OFFENDER'S NUMBER: _999461_

HOUSING: _BB22 A F81_ CUSTODY LEVEL: _D1_

COMMENTS: _No show_

WARDEN'S APPROVAL: _J Jefferson_ DISAPPROVAL: _____

MESSAGE TAKEN BY: _Jodie_

**Murphy 935**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: 7/3/17     TIME: 800

CALLER'S NAME: Y. Sharrock

AFFILIATION:

PAPERS ON FILE? X YES _____ NO

TELEPHONE # :

DAY / DATE OF
REQUESTED VISIT: Tue Aug 1. 2017

OFFENDER'S NAME: Murphy, Patrick

OFFENDER'S NUMBER: 999461

HOUSING: A/B/C BB22     CUSTODY LEVEL: D1

COMMENTS: Start @ 0845
End @ 1045

WARDEN'S APPROVAL: J. Jefferson  X     DISAPPROVAL:

MESSAGE TAKEN BY: Jodi

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: 6|1|17                    TIME: 810

CALLER'S NAME: Y. Sharrock

AFFILIATION: _____

PAPERS ON FILE? ___X___ YES _____ NO

TELEPHONE # : _____

DAY / DATE OF
REQUESTED VISIT: Mon July 3. 2017

OFFENDER'S NAME: Murphy, Patrick

OFFENDER'S NUMBER: 999161

HOUSING: ~~FDP1~~ AC40    CUSTODY LEVEL: D1

COMMENTS: Start@ 0850
End@ 1025

WARDEN'S APPROVAL: Tresea Stepperson    DISAPPROVAL: _____

MESSAGE TAKEN BY: Jodi

**Murphy 937**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: 5/1/17      TIME: 810

CALLER'S NAME: J. Sharrock

AFFILIATION: _____

PAPERS ON FILE? ___X___ YES _____ NO

TELEPHONE # : _____

DAY / DATE OF
REQUESTED VISIT: Tue June 6. 2017

OFFENDER'S NAME: Murphy, Patrick

OFFENDER'S NUMBER: 999461

HOUSING: ~~FD#1~~ A C40    CUSTODY LEVEL: D1

COMMENTS: Seated @ 31
Jager 6-6-17    Started @ 0 930
Ended @ 1130
J. Gefferson

WARDEN'S APPROVAL: _____ DISAPPROVAL: _____

MESSAGE TAKEN BY: Jodi

**Murphy 938**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: 4/3/17      TIME: 804

CALLER'S NAME: J. Sharrock

AFFILIATION:

PAPERS ON FILE? __X__ YES _____ NO

TELEPHONE # :

DAY / DATE OF
REQUESTED VISIT: May 2. 2017 Tue

OFFENDER'S NAME: Murphy, Patrick

OFFENDER'S NUMBER: 999461

HOUSING: AP40      CUSTODY LEVEL: D1

COMMENTS:

No Show

5-2-17

J. Jefferson

WARDEN'S APPROVAL: __X__ DISAPPROVAL:_____

MESSAGE TAKEN BY: Jodie

**Murphy 939**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: 3/1/17   TIME: 800

CALLER'S NAME: G. Sharrock

AFFILIATION: _____

PAPERS ON FILE? _X_ YES _____ NO

TELEPHONE # : _____

DAY / DATE OF
REQUESTED VISIT: April 4, 2017 Tue

OFFENDER'S NAME: Murphy, Patrick

OFFENDER'S NUMBER: 999461

HOUSING: A D56   CUSTODY LEVEL: D1

COMMENTS: Seated @ 23
Started @ 0830
Ended @ 1030   Jaga 4-417

WARDEN'S APPROVAL: _____   DISAPPROVAL: _____

MESSAGE TAKEN BY: Jodie

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: 2-1-17                    TIME: 800

CALLER'S NAME: D Sharrock

AFFILIATION:

PAPERS ON FILE? ___X___ YES _____ NO

TELEPHONE # :

DAY / DATE OF
REQUESTED VISIT: March 7, 2017 (Tue)

OFFENDER'S NAME: Murphy, Patrick

OFFENDER'S NUMBER: 999461

HOUSING: AD56     CUSTODY LEVEL: D1

COMMENTS: sht. 25

End 1045

Start 0845

WARDEN'S APPROVAL: _____ DISAPPROVAL:_____

MESSAGE TAKEN BY: Jodui

**Murphy 941**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: 1-3-17     TIME: 806

CALLER'S NAME: D. Sharrock

AFFILIATION:

PAPERS ON FILE? X YES _____ NO

TELEPHONE # :

DAY / DATE OF
REQUESTED VISIT: Feb 7. 2017 Tue

OFFENDER'S NAME: Murphy, Patrick

OFFENDER'S NUMBER: 999461

HOUSING: AD56     CUSTODY LEVEL: D1

COMMENTS: Cancelled

WARDEN'S APPROVAL: ✓ J. Stefferson     DISAPPROVAL:

MESSAGE TAKEN BY: Jodie

**Murphy 942**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

*DATE:* 12-1-16                   *TIME:* 805

*CALLER'S NAME:* G. Sharrock

*AFFILIATION:*

*PAPERS ON FILE?* X *YES* _____ *NO*

*TELEPHONE # :*

*DAY / DATE OF*
*REQUESTED VISIT:* Tue 1-3-17

*OFFENDER'S NAME:* Murphy, Patrick

*OFFENDER'S NUMBER:* 999461

*HOUSING:* BB23      *CUSTODY LEVEL:* D1

*COMMENTS:* Seat - 25
Start: 0830
End: 1030 S. Deason
J. Jefferson

*WARDEN'S APPROVAL:* X      *DISAPPROVAL:*

*MESSAGE TAKEN BY:* Jodie

**Murphy 943**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: 11-1-16                    TIME: 8.10

CALLER'S NAME: G. Sharrock

AFFILIATION:

PAPERS ON FILE? __X__ YES _____ NO

TELEPHONE # :

DAY / DATE OF
REQUESTED VISIT: Dec 6. 2016 (Tue)

OFFENDER'S NAME: Murphy, Patrick

OFFENDER'S NUMBER: 999461

HOUSING: AC41          CUSTODY LEVEL: D1

COMMENTS: Start. 0830

End: 1030

Set: 23

S. Cces

WARDEN'S APPROVAL: _____     DISAPPROVAL: _____

MESSAGE TAKEN BY: Jodie

**Murphy 944**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: 10/3/16                    TIME: 800

CALLER'S NAME: D Sharrock

AFFILIATION:

PAPERS ON FILE? X YES _____ NO

TELEPHONE # :

DAY / DATE OF
REQUESTED VISIT: Tue Nov 1. 2016

OFFENDER'S NAME: Murphy, Patrick

OFFENDER'S NUMBER: 999461

HOUSING: BD51          CUSTODY LEVEL: D1

COMMENTS: 0840 - 1040

WARDEN'S APPROVAL: _____ DISAPPROVAL: _____

MESSAGE TAKEN BY: Jodie

**Murphy 945**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: 9/1/16          TIME: 806

CALLER'S NAME: Y Shamock

AFFILIATION: _____

PAPERS ON FILE? __X__ YES _____ NO

TELEPHONE # : _____

DAY / DATE OF
REQUESTED VISIT: Tue Oct 4. 2014

OFFENDER'S NAME: Murphy, Patrick

OFFENDER'S NUMBER: 999468

HOUSING: C/A 13          CUSTODY LEVEL: D1

COMMENTS: Start @ 0845
End @ 1015
#27

WARDEN'S APPROVAL: ____          DISAPPROVAL: _____

MESSAGE TAKEN BY: Jodie

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: 8-1-16                     TIME: 800

CALLER'S NAME: Gerald Shamock

AFFILIATION: _____

PAPERS ON FILE? ____X____ YES _____ NO

TELEPHONE # : _____

DAY / DATE OF
REQUESTED VISIT: 9-13-16 *Tue*

OFFENDER'S NAME: Murphy, Patrick

OFFENDER'S NUMBER: 999461

HOUSING: AB15          CUSTODY LEVEL: D1

COMMENTS: Start @ 1025
          End @ 1220
          # 33

WARDEN'S APPROVAL: _____  DISAPPROVAL: _____

MESSAGE TAKEN BY: Jodie

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: _7-1-16_     TIME: _8:14_

CALLER'S NAME: _G Sharrock_

AFFILIATION: _____

PAPERS ON FILE? _____ YES _____ NO

TELEPHONE # : _____

DAY / DATE OF
REQUESTED VISIT: _Tue 8-16-16_

OFFENDER'S NAME: _Murphy, Patrick_

OFFENDER'S NUMBER: _999461_

HOUSING: _A1315_     CUSTODY LEVEL: _D/_

COMMENTS: _cancelled 8-5-16 @ 1:40_

WARDEN'S APPROVAL: _____ DISAPPROVAL: _____

MESSAGE TAKEN BY: _Jodie_

**Murphy 948**

# *MINISTER VISIT*
## *ALLAN B. POLUNSKY UNIT*

*DATE:* 7-1-16          *TIME:* 8:14

*CALLER'S NAME:* J. Shannock

*AFFILIATION:*

*PAPERS ON FILE?* X *YES* _____ *NO*

*TELEPHONE # :*

*DAY / DATE OF*
*REQUESTED VISIT:* Jul 8-2-16

*OFFENDER'S NAME:* Murphy, Patrick

*OFFENDER'S NUMBER:* 999461

*HOUSING:* A B15          *CUSTODY LEVEL:* D1

*COMMENTS:* Start @ 0837
End @ 1030

*WARDEN'S APPROVAL:* _____ *DISAPPROVAL:* _____

*MESSAGE TAKEN BY:* Jodie

**Murphy 949**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: 6|1|16                          TIME: 802

CALLER'S NAME: B. Sharrock

AFFILIATION:

PAPERS ON FILE? _____ YES _____ NO

TELEPHONE # :

DAY / DATE OF
REQUESTED VISIT: July 5 2016

OFFENDER'S NAME: Murphy, Patrick

OFFENDER'S NUMBER: 999461

HOUSING: AE 68          CUSTODY LEVEL: D1

COMMENTS:

WARDEN'S APPROVAL: _____          DISAPPROVAL:

MESSAGE TAKEN BY: Jodie

Seat @ #25
Start = 0840
End - 1040
c/o Venson COE

**Murphy 950**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: 5/2/16                    TIME: 805

CALLER'S NAME: Y Sharrock

AFFILIATION:

PAPERS ON FILE? ___X___ YES _____ NO

TELEPHONE # :

DAY / DATE OF
REQUESTED VISIT: 6/7/16

OFFENDER'S NAME: Murphy, Patrick

OFFENDER'S NUMBER: 999461

HOUSING: AE68       CUSTODY LEVEL: D/

COMMENTS: Strt 821
_____ end 1021
_____ Seat # 25

WARDEN'S APPROVAL: ___OL___ DISAPPROVAL: _____

MESSAGE TAKEN BY: Jodie

**Murphy 951**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: 4/1/16                              TIME: 8:11

CALLER'S NAME: D. Sharrock

AFFILIATION:

PAPERS ON FILE? X YES _____ NO

TELEPHONE # :

DAY / DATE OF
REQUESTED VISIT: Tue May 3. 2016

OFFENDER'S NAME: Murphy, Patrick

OFFENDER'S NUMBER: 999461

HOUSING: BF 71              CUSTODY LEVEL: D1

COMMENTS:

WARDEN'S APPROVAL: _____          DISAPPROVAL: _____

MESSAGE TAKEN BY: Jodie

#23          08:25
             10:30
             Venson  COV  **Murphy 952**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

*DATE:* 3/11/16          *TIME:* 8:17

*CALLER'S NAME:* S. Sharrock

*AFFILIATION:*

*PAPERS ON FILE?* X *YES* _____ *NO*

*TELEPHONE # :*

*DAY / DATE OF*
*REQUESTED VISIT:* April 5, 2016 Tue

*OFFENDER'S NAME:* Murphy, Patrick

*OFFENDER'S NUMBER:* 999461

*HOUSING:* A E 59       *CUSTODY LEVEL:* D1

*COMMENTS:*

Started @ 0850

Ended @ 1050          Jager 4-5-16

*WARDEN'S APPROVAL:* _____ *DISAPPROVAL:* _____

*MESSAGE TAKEN BY:* Jodie

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

*DATE:* 2/1/16      *TIME:* 8 30

*CALLER'S NAME:* Gerald Shersock

*AFFILIATION:* _____

PAPERS ON FILE? ___X___ YES _____ NO

*TELEPHONE # :* _____

*DAY / DATE OF REQUESTED VISIT:* 3/1/16 Sug

*OFFENDER'S NAME:* Murphy, Patrick

*OFFENDER'S NUMBER:* 999461

*HOUSING:* AF-80     *CUSTODY LEVEL:* D1

*COMMENTS:* Start @ 0858
End @ 1058

*WARDEN'S APPROVAL:* _____ *DISAPPROVAL:* _____

*MESSAGE TAKEN BY:* Jodie

**Murphy 954**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: _1-4-16_      TIME: _8.02_

CALLER'S NAME: _Gerald Sharrock_

AFFILIATION: _____

PAPERS ON FILE? __X__ YES _____ NO

TELEPHONE # : _____

DAY / DATE OF
REQUESTED VISIT: _Tue Feb 2 2016_

OFFENDER'S NAME: _Murphy, Patrick_

OFFENDER'S NUMBER: _999461_

HOUSING: _CC39_    CUSTODY LEVEL: _D1_

COMMENTS: _Start: 0906_
_end: 1115_

_____

WARDEN'S APPROVAL: _____ DISAPPROVAL: _____

MESSAGE TAKEN BY: _Joolie_

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: _12-1-15_     TIME: _8:39_

CALLER'S NAME: _Gerald Sharrock_

AFFILIATION: _____

PAPERS ON FILE? __X__ YES _____ NO

TELEPHONE # : _____

DAY / DATE OF
REQUESTED VISIT: _Jan 4. 2016 mon_

OFFENDER'S NAME: _Murphy, Patrick_

OFFENDER'S NUMBER: _999461_

HOUSING: _AF80_     CUSTODY LEVEL: _P1_

COMMENTS: _1-4-16_

_start@0945_

_complte@1145_

WARDEN'S APPROVAL: _Jal_     DISAPPROVAL: _____

MESSAGE TAKEN BY: _Joclie_

**Murphy 956**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: _11-2-15_  TIME: _8:46_

CALLER'S NAME: _G Sherrock_

AFFILIATION: _____

PAPERS ON FILE? _X_ YES _____ NO

TELEPHONE # : _____

DAY / DATE OF
REQUESTED VISIT: _Dec 8- 2015 Tu_

OFFENDER'S NAME: _Murphy, Patrick_

OFFENDER'S NUMBER: _999461_

HOUSING: _CC 39_  CUSTODY LEVEL: _D/_

COMMENTS: _Start @ 08/1_
_End @ 10/1_

WARDEN'S APPROVAL: _____ DISAPPROVAL: _____

MESSAGE TAKEN BY: _____

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: 10/5/15                          TIME: 1:14

CALLER'S NAME: Gerald Sharrock

AFFILIATION: _____

PAPERS ON FILE?  __X__ YES  _____ NO

TELEPHONE # : _____

DAY / DATE OF
REQUESTED VISIT: Nov 3. 2015 Tue

OFFENDER'S NAME: Murphy, Patrick

OFFENDER'S NUMBER: 999461

HOUSING: A C 30          CUSTODY LEVEL: D1

COMMENTS: Start: 0900
end: 1100
Seat: 25

WARDEN'S APPROVAL: _____          DISAPPROVAL: _____

MESSAGE TAKEN BY: Jodie

**Murphy 958**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: 9/1/15                              TIME: 11:19

CALLER'S NAME: Gerald Sharrock

AFFILIATION:

PAPERS ON FILE?  X  YES _____ NO

TELEPHONE # :

DAY / DATE OF
REQUESTED VISIT: Oct 5. 2015  *Mon*

OFFENDER'S NAME: Murphy, Patrick

OFFENDER'S NUMBER: 999461

HOUSING: AD43          CUSTODY LEVEL: D1

COMMENTS:

WARDEN'S APPROVAL: _____  DISAPPROVAL: _____

MESSAGE TAKEN BY: Jody

In @ 0815   #35 Seat
VISIT START 0845
VISIT END 1046

**Murphy 959**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: 8/3/15      TIME: 9:32

CALLER'S NAME: Gerald Sharrock

AFFILIATION: _____

PAPERS ON FILE? __X__ YES _____ NO

TELEPHONE # : _____

DAY / DATE OF
REQUESTED VISIT: Sept 1. 2015 (Tue)

OFFENDER'S NAME: Murphy, Patrick

OFFENDER'S NUMBER: 999461

HOUSING: BE 20      CUSTODY LEVEL: D1

COMMENTS: _____ Start: 0847
_____ End: 1047

WARDEN'S APPROVAL: _____ DISAPPROVAL: _____

MESSAGE TAKEN BY: Jodie

**Murphy 960**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: 7-7-15   TIME: 10:59

CALLER'S NAME: Gerald Sarrock

AFFILIATION: _____

PAPERS ON FILE? _____ YES _____ NO

TELEPHONE #: _____

DAY / DATE OF
REQUESTED VISIT: Tues Aug 4, 2015

OFFENDER'S NAME: Patrick Murphy

OFFENDER'S NUMBER: 999441

HOUSING: AE-63B-74   CUSTODY LEVEL: D1

COMMENTS: Seat-35
Started- 0900   Huts COTT
Completed- 1100

WARDEN'S APPROVAL: M   DISAPPROVAL: _____

MESSAGE TAKEN BY: Marla

**Murphy 961**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: 6-1-15 _____ TIME: 10:51 _____

CALLER'S NAME: Gerald Sharrock _____

AFFILIATION: _____

PAPERS ON FILE? ✗ YES _____ NO

TELEPHONE # : _____

DAY / DATE OF
REQUESTED VISIT: July 7 2015 _____

OFFENDER'S NAME: Murphy, Patrick _____

OFFENDER'S NUMBER: 999461 _____

HOUSING: BC 39 _____ CUSTODY LEVEL: D1 _____

COMMENTS: Start @ 0835 _____
_____ End @ 1035 _____

WARDEN'S APPROVAL: _____ DISAPPROVAL: _____

MESSAGE TAKEN BY: Jodi _____

**Murphy 962**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

*DATE:* 5/15      *TIME:* 1:18

*CALLER'S NAME:* Charles Sharrock

*AFFILIATION:* _____

PAPERS ON FILE? _____ YES _____ NO

*TELEPHONE # :* _____

*DAY / DATE OF*
*REQUESTED VISIT:* Monday 6-1-15

*OFFENDER'S NAME:* Patrick Murphy

*OFFENDER'S NUMBER:* 999461

*HOUSING:* B5-76      *CUSTODY LEVEL:* D1

*COMMENTS:* Seated @ 27
Began @ 0852
Ended @ 1053

*WARDEN'S APPROVAL:* _____ *DISAPPROVAL:* _____

*MESSAGE TAKEN BY:* Marla

**Murphy 963**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: 4/6/15    TIME: 12:07

CALLER'S NAME: Gerald Sharock

AFFILIATION: _____

PAPERS ON FILE? __X__ YES _____ NO

TELEPHONE # : _____

DAY / DATE OF
REQUESTED VISIT: May 12. 2015

OFFENDER'S NAME: Murphy, Patrick

OFFENDER'S NUMBER: 999461

HOUSING: CDS-F-66   CUSTODY LEVEL: D1

COMMENTS: Seated @ 25
          Started - 0835
          Finished - 1035
          Session com

WARDEN'S APPROVAL: _____   DISAPPROVAL: _____

MESSAGE TAKEN BY: Jodie

**Murphy 964**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: 3-2-15                          TIME: 830

CALLER'S NAME: Gerald Sharrock

AFFILIATION:

PAPERS ON FILE? X YES _____ NO

TELEPHONE # :

DAY / DATE OF
REQUESTED VISIT: Mon April 6. 2015

OFFENDER'S NAME: Murphy, Patrick

OFFENDER'S NUMBER: 999461

HOUSING: AF8D          CUSTODY LEVEL: DI

COMMENTS: Seated @ 31
Began @ 0838
Ended @ 1038

WARDEN'S APPROVAL: ZM          DISAPPROVAL:

MESSAGE TAKEN BY: Jodie

**Murphy 965**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: 2-2-15             TIME: 17:50

CALLER'S NAME: G. Sharrock

AFFILIATION: _____

PAPERS ON FILE? ✓ YES _____ NO

TELEPHONE # : _____

DAY / DATE OF
REQUESTED VISIT: Mon March 9. 2015

OFFENDER'S NAME: Murphy Patrick

OFFENDER'S NUMBER: 999461

HOUSING: BB 23     CUSTODY LEVEL: D1

COMMENTS: Start @ 0810
End @ 1040

WARDEN'S APPROVAL: _____ DISAPPROVAL: _____

MESSAGE TAKEN BY: Jodi

**Murphy 966**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: 1/5/15   TIME: 11:12

CALLER'S NAME: Gerald Sharrock

AFFILIATION: _____

PAPERS ON FILE? __X__ YES _____ NO

TELEPHONE # : _____

DAY / DATE OF
REQUESTED VISIT: Feb 2. 2015 (mon)

OFFENDER'S NAME: Murphy, Patrick

OFFENDER'S NUMBER: 999461

HOUSING: CE 68   CUSTODY LEVEL: D1

COMMENTS: Seated @ 32
Began @ 0852
Ended @ 1052

WARDEN'S APPROVAL: _M_   DISAPPROVAL: _____

MESSAGE TAKEN BY: Jodie

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: _12-1-14_          TIME: _2:00_

CALLER'S NAME: _Y. Sharrock_

AFFILIATION: _____

PAPERS ON FILE? _X_ YES _____ NO

TELEPHONE # : _____

DAY / DATE OF
REQUESTED VISIT: _Jan 5. 2014 (Mon)_

OFFENDER'S NAME: _Murphy, Patrick_

OFFENDER'S NUMBER: _999461_

HOUSING: _AF 78_          CUSTODY LEVEL: _P1_

COMMENTS: _Start @ 0830_
_End @ 1030_

WARDEN'S APPROVAL: _____   DISAPPROVAL: _____

MESSAGE TAKEN BY: _Jodie_

**Murphy 968**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: _11-3-14_ TIME: _10 44_

CALLER'S NAME: _Gerald Sharrock_

AFFILIATION: _____

PAPERS ON FILE? _____ YES _____ NO

TELEPHONE # : _817-343-5259_

DAY / DATE OF
REQUESTED VISIT: _Dec 8 2014 Monday_

OFFENDER'S NAME: _Patrick Murphy_

OFFENDER'S NUMBER: _999461_

HOUSING: _BE.59_ CUSTODY LEVEL: _D1_

COMMENTS: _Start @ 0845_
_End @ 1045_

WARDEN'S APPROVAL: _____ DISAPPROVAL: _____

MESSAGE TAKEN BY: _Marla_

**Murphy 969**

# *MINISTER VISIT*
## *ALLAN B. POLUNSKY UNIT*

*DATE:* 11/10/14     *TIME:* 8:25

*CALLER'S NAME:* Gerald Sharrock

*AFFILIATION:* 817 - 343 - 5259

*PAPERS ON FILE?* ___✕___ *YES* _____ *NO*

*TELEPHONE # :* _____

*DAY / DATE OF REQUESTED VISIT:* ~~4~~ Mon Nov 10. 2014

*OFFENDER'S NAME:* Patrick Murphy

*OFFENDER'S NUMBER:* 999461

*HOUSING:* CA 1     *CUSTODY LEVEL:* D1

*COMMENTS:* Start @ 0905
End @ 1105

*WARDEN'S APPROVAL:* DM     *DISAPPROVAL:* _____

*MESSAGE TAKEN BY:* Jodie

**Murphy 970**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: _9/3/14_  TIME: _2:00_

CALLER'S NAME: _Gerald Sharrock_

AFFILIATION: _____

PAPERS ON FILE?  _X_ YES _____ NO

TELEPHONE # : _____

DAY / DATE OF
REQUESTED VISIT: _Oct 20 2014 (Mon)_

OFFENDER'S NAME: _Murphy, Patrick_

OFFENDER'S NUMBER: _999461_

HOUSING: _F-D56_   CUSTODY LEVEL: _D1_

COMMENTS: _Seated @ 31_
_Began @ 0834_
_Ended @ 1034   m.adams OTT_

WARDEN'S APPROVAL: _pm_   DISAPPROVAL: _____

MESSAGE TAKEN BY: _Jodie_

**Murphy 971**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

*DATE:* 8-11-14     *TIME:* 12 43

*CALLER'S NAME:* Gerald Sharrock

*AFFILIATION:*

         *PAPERS ON FILE?* _____ *YES* _____ *NO*

*TELEPHONE # :*

*DAY / DATE OF REQUESTED VISIT:* Sept 9-8-14 Monday

*OFFENDER'S NAME:* Patrick Murphy

*OFFENDER'S NUMBER:* 999461

*HOUSING:* CB22     *CUSTODY LEVEL:* D1

*COMMENTS:* Start @ 0900

     End @ 1100

  Fields, Q COIII

*WARDEN'S APPROVAL:* _____ *DISAPPROVAL:* _____

*MESSAGE TAKEN BY:* Marla

**Murphy 972**

# *MINISTER VISIT*
## *ALLAN B. POLUNSKY UNIT*

DATE: ~~12-07~~ 7/21/14   TIME: 12:01

CALLER'S NAME: Gerald Sharp

AFFILIATION:

PAPERS ON FILE? ✗ YES _____ NO

TELEPHONE # :

DAY / DATE OF
REQUESTED VISIT: Mon Aug 11, 2014

OFFENDER'S NAME: Murphy, Patrick

OFFENDER'S NUMBER: 999461

HOUSING: FD 53   CUSTODY LEVEL: D1

COMMENTS: Start @ 0835
End @ 1035

WARDEN'S APPROVAL: _____ DISAPPROVAL:_____

MESSAGE TAKEN BY: Jodie

**Murphy 973**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: 5 21 14                    TIME: 3.54

CALLER'S NAME: Curt Gerald Szarrock Mack

AFFILIATION: _____

PAPERS ON FILE? ✓ YES _____ NO

TELEPHONE #: 817-343-5254

DAY / DATE OF
REQUESTED VISIT: Monday 6-9-14

OFFENDER'S NAME: Patrick Murphy

OFFENDER'S NUMBER: 999461

HOUSING: CB-27      CUSTODY LEVEL: D1

COMMENTS: Start @ 0855
End @ 1055

WARDEN'S APPROVAL: _____ DISAPPROVAL: _____

MESSAGE TAKEN BY: Marla

**Murphy 974**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: -1/4/15                    TIME: 3:20

CALLER'S NAME: Gerald Sherrock

AFFILIATION: minister

PAPERS ON FILE? ____✓____ YES _____ NO

TELEPHONE # : 817-343-5259

DAY / DATE OF
REQUESTED VISIT: 5/20

OFFENDER'S NAME: Murphy, Patrick

OFFENDER'S NUMBER: 999461

HOUSING: CB-27          CUSTODY LEVEL: D1

COMMENTS: Start @ 0832

End @ 0950

Fields Q CO III

WARDEN'S APPROVAL: ____✓____  DISAPPROVAL: _____

MESSAGE TAKEN BY: Sara

**Murphy 975**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

*DATE:* 4-22-14          *TIME:* 1:54

*CALLER'S NAME:* Sharrock, Gerald

*AFFILIATION:*

PAPERS ON FILE? _____ YES _____ NO

*TELEPHONE # :* 817-343-5259

*DAY / DATE OF REQUESTED VISIT:* Monday 5-12-14

*OFFENDER'S NAME:* Patrick Murphy

*OFFENDER'S NUMBER:* 999461

*HOUSING:* 7D-47          *CUSTODY LEVEL:* D1

*COMMENTS:*

*WARDEN'S APPROVAL:* ____ *DISAPPROVAL:* _____

*MESSAGE TAKEN BY:* Maria

**Murphy 976**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: 3/24/14       TIME: 4:38

CALLER'S NAME: Gerald Sherrock

AFFILIATION:

PAPERS ON FILE? ✓ YES _____ NO

TELEPHONE # : 817-343-5259

DAY / DATE OF
REQUESTED VISIT: 4/7/14

OFFENDER'S NAME: Murphy, Patrick

OFFENDER'S NUMBER: 999441

HOUSING: CC.42      CUSTODY LEVEL: D1

COMMENTS: Start time - 0856     Seating #29
end time 1059

WARDEN'S APPROVAL: JM    DISAPPROVAL:

MESSAGE TAKEN BY: Sara

**Murphy 977**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: 2/3/14                    TIME: 1:52

CALLER'S NAME: Gerrold Sherrock

AFFILIATION:

PAPERS ON FILE? ✓ YES _____ NO

TELEPHONE # : 817-343-5259

DAY / DATE OF
REQUESTED VISIT: 3/3/14

OFFENDER'S NAME: Murphy, Jedidiah Patrick

OFFENDER'S NUMBER: 999461

HOUSING: FD-48          CUSTODY LEVEL: D1

COMMENTS: Started @ 3/
Began @ 0845
Ended @ 1045   m.adams

WARDEN'S APPROVAL: _____   DISAPPROVAL: _____

MESSAGE TAKEN BY: Sara

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: 1/22/14                              TIME: 4:33

CALLER'S NAME: Gerald Sherrock

AFFILIATION: _____

PAPERS ON FILE? ____✓____ YES _____ NO

TELEPHONE #: 817-343-5259

DAY / DATE OF
REQUESTED VISIT: 1/27/14

OFFENDER'S NAME: Murphy, Patrick

OFFENDER'S NUMBER: 999461

HOUSING: CB-22                    CUSTODY LEVEL: D1

COMMENTS: Seated @ 35
          Began @ 0840
          Ended @ 1040   30 abahrs COTI

WARDEN'S APPROVAL: M          DISAPPROVAL: _____

MESSAGE TAKEN BY: Sara

**Murphy 979**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: 11·12·13          TIME: 2:05

CALLER'S NAME: Gerald Sharrock

AFFILIATION:

PAPERS ON FILE? _____✓_____ YES _____ NO

TELEPHONE #: 817-343-5259

DAY / DATE OF
REQUESTED VISIT: 11·18·13  11/21/13  11·25·13

OFFENDER'S NAME: Murphy, Patrick

OFFENDER'S NUMBER: 999461

HOUSING: BD 46          CUSTODY LEVEL: D1

COMMENTS: Seated @ 35
Began @ 0921
Ended @ 1121

WARDEN'S APPROVAL: SM          DISAPPROVAL: _____

MESSAGE TAKEN BY: Sara

**Murphy 980**

# MINISTER VISIT
## ALLAN B. POLUNSKY UNIT

DATE: 6|11|12                   TIME: 3:32

CALLER'S NAME: Gerald Sharrock

AFFILIATION: Buddhist

PAPERS ON FILE? __X__ YES _____ NO

TELEPHONE # : _____

DAY / DATE OF
REQUESTED VISIT: July 14. 2014

OFFENDER'S NAME: Patrick Murphy

OFFENDER'S NUMBER: 999461

HOUSING: FD 52          CUSTODY LEVEL: D1

COMMENTS: Seated @ 31
Began @ 0844
Ended @ 1044

WARDEN'S APPROVAL: _____M_____   DISAPPROVAL: _____

MESSAGE TAKEN BY: Jodie

**Murphy 981**