IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICK HENRY MURPHY, JR.,<br>    *Plaintiff,*<br><br>v.<br><br>BRYAN COLLIER, Executive Director of the Texas Department of Criminal Justice, LORIE DAVIS, Director of the Texas Department of Criminal Justice–Correctional Institutions Division, and BILLY LEWIS, Warden of the Huntsville Unit,<br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:19-cv-1106 |

## Defendants' Summary Judgment Exhibit Index

Exhibit A:  Execution Procedure April 2019;

Exhibit B:  Execution Procedure July 2012;

Exhibit C:  Declaration of Lorie Davis;

Exhibit D:  Deposition Testimony of Lorie Davis (June 20, 2019);

Exhibit E:  Deposition Testimony of Patrick Murphy (June 21, 2019);

Exhibit F:  Administrative Directive 07.30 (Religious Programming);

Exhibit G:  Relevant Portion of TDCJ Offender Orientation Handbook (Offender Grievances);

Exhibit H:  Photographs of the Execution Chamber with Affidavit;

Exhibit I:  Affidavit of Jeremy Desel;

Exhibit J:  Chaplain I Job Description;

Exhibit K:  Deposition Testimony of Chaplain Wayne Moss (June 24, 2019);

Exhibit L:  Relevant Portion of Lorie Davis's Responses to Plaintiff's Interrogatories;

Exhibit M:  Relevant Portion of Deposition Testimony of Chaplain Timothy Jones (June 24, 2019);

Exhibit N:     Relevant Portion of Deposition Testimony of Chaplain Thomas Brouwer (June 24, 2019);

Exhibit O:     Relevant Portion of Retired Chaplain David Collier's Responses to Plaintiff's Interrogatories;

Exhibit P:     Relevant Portion of PD-27: Re. Automatic Arrest Notification System;

Exhibit Q:     Relevant Portion of TDCJ Chaplaincy Manual: Policy 13.01: A Professional Chaplain's Code of Conduct;

Exhibit R:     Declaration of Lorie Davis Regarding Contraband