IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICK HENRY MURPHY, JR., | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:19-cv-1106 |
| | § | |
| BRYAN COLLIER, Executive Director | § | |
| of the Texas Department of Criminal | § | |
| Justice, LORIE DAVIS, Director of | § | |
| the Texas Department of Criminal | § | |
| Justice–Correctional Institutions | § | |
| Division, and BILLY LEWIS, | § | |
| Warden of the Huntsville Unit, | § | |
|     *Defendants.* | § | |

---

MOTION FOR SUMMARY JUDGMENT BY
DEFENDANTS BRYAN COLLIER, LORIE DAVIS, AND BILLY LEWIS

---

# Exhibit I

Affidavit of Jeremy Desel

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICK HENRY MURPHY, JR., | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:19-cv-1106 |
| | § | |
| BRYAN COLLIER, Executive Director | § | |
| of the Texas Department of Criminal | § | |
| Justice, LORIE DAVIS, Director of | § | |
| the Texas Department of Criminal | § | |
| Justice–Correctional Institutions | § | |
| Division, and BILLY LEWIS, | § | |
| Warden of the Huntsville Unit, | § | |
| *Defendants.* | § | |

**AFFIDAVIT OF JEREMY DESEL**

| | |
|---|---|
| **THE STATE OF TEXAS** | § |
| | § |
| **COUNTY OF WALKER** | § |

BEFORE ME, the undersigned authority, on this day personally appeared **Jeremy Desel**; and after being first duly sworn according to law, upon his oath, deposed and said:

"My name is Jeremy Desel, and I am over eighteen years of age, of sound mind, capable of making this affidavit, and I have personal knowledge of the facts herein stated. I am currently employed as the Director of Communications for the Texas Department of Criminal Justice ("TDCJ"). I have held this position since 2018.

"It is my understanding that offender Patrick Murphy, plaintiff in the above-styled case, claims that his religious rights have been violated in conjunction with his scheduled execution. I have been asked to address certain aspects of these allegations and do so as follows:

"The scene just outside the Huntsville Unit on the day of an execution is often hectic. Media representatives who wish to witness an execution are required to submit a request no later than three business days prior to the scheduled execution. For the purpose of witnessing executions, media outlets may only designate a representative who is a regular, full time employee of the news organization. Stringers, part-time employees, and freelance reporters are not permitted.

"Approved media members start arriving in the early afternoon or the evening prior to an execution.

Demonstrators and counter-demonstrators often start gathering around the Huntsville Unit at mid-day of a scheduled execution. As the families of the victims and the condemned

1

arrive, TDCJ goes to great lengths to ensure that they don't cross paths.

There are occasions where several hundred people are gathered on both sides. There is a security line to prevent non-approved persons into the middle secure area. Arrests have been made on numerous occasions. Protestors with bull horns are known to broadcast expletives and accuse officials of murder.

TDCJ staff coordinates closely with The Office of Inspector General and local law enforcement during this time to maintain control and follow protocol to ensure that the often chaotic scene going on outside the death house does not impact the process within.

Further affiant sayeth not.

_____
**Jeremy Desel**
**Director of Communications**
**Texas Department of Criminal Justice**

SWORN TO AND SUBSCRIBED before me by Jeremy Desel on this 19th day of July, 2019, to certify which witness my hand and seal of office.

ASHLEY DIXON
Notary Public-State of Texas
Notary ID #12592190-2
Commission Exp. OCT. 12, 2020
**Notary without Bond**

_____
Notary Public In and For State of Texas

_____
Notary's Printed Name

2