UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Patrick Henry Murphy | § | |
| | § | |
| *versus* | § | Case Number: 4:19−cv−01106 |
| | § | |
| Bryan Collier, et al. | § | |

## Notice of Reassignment

     Pursuant to Special Order No. 2019−3, this case is reassigned to the docket of United States District Judge George C Hanks, Jr. Deadlines in scheduling orders remain in effect, and all court settings are vacated

Date: September 3, 2019

David J. Bradley, Clerk