IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICK HENRY MURPHY, JR., <br> *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 4:19-cv-1106 |
| BRYAN COLLIER, Executive Director of the Texas Department of Criminal Justice, LORIE DAVIS, Director of the Texas Department of Criminal Justice–Correctional Institutions Division, and BILLY LEWIS, Warden of the Huntsville Unit, <br> *Defendants.* | § § § § § § § § § | |

### DEFENDANTS COLLIER, DAVIS, AND LEWIS'S ADVISORY REGARDING MURPHY'S EXECUTION DATE

Defendants have been notified that the 283rd Judicial District Court of Dallas County, Texas has scheduled a new execution date for Plaintiff Patrick Murphy. The new execution date is **November 13, 2019.** The state court signed an execution order and an execution warrant has been issued.

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**DARREN L. MCCARTY**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Chief, Law Enforcement Defense Division

*/s/ Leah O'Leary*
**LEAH O'LEARY**
Assistant Attorney General
Attorney in Charge
Texas Bar No. 24079074
Southern District No. 1563191
Leah.Oleary@oag.texas.gov

**AMY L. PRASAD**
Assistant Attorney General
Co-Counsel
Texas Bar No. 24037295
Southern District No. 563045
Amy.Prasad@oag.texas.gov

Law Enforcement Defense Division
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 370-9918

**ATTORNEYS FOR DEFENDANTS
COLLIER, DAVIS, AND LEWIS**

## NOTICE OF ELECTRONIC FILING

I, **LEAH O'LEARY**, Assistant Attorney General of Texas, certify that I have electronically submitted for filing a true and correct copy of the foregoing in accordance with the Electronic Case Files system of the Southern District of Texas, on September 5, 2019.

*/s/ Leah O'Leary*
**LEAH O'LEARY**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **LEAH O'LEARY**, Assistant Attorney General of Texas, certify that a true and correct copy of the foregoing has been served on all attorneys of record by electronic notification through the ECF system for the Southern District of Texas on September 5, 2019, to:

David R. Dow
ddow@central.uh.edu
Jeffrey R. Newberry
jrnewber@central.uh.edu
Attorneys for Plaintiff Murphy

*/s/ Leah O'Leary*
**LEAH O'LEARY**
Assistant Attorney General