# HEARING MINUTES

Case No.:     4:19-cv-1106

Style :       Murphy v. Collier, et al

Hearing Type: Status Conference

## Appearances

| Counsel | | Representing |
|---|---|---|
| David Dow<br>Jeffrey Newberry | for | Patrick Henry Murphy, Plaintiff |
| Leah O'Leary<br>Amy Prasad<br>Matthew Ottoway | for | Defendants |

Date:  October 17, 2019           ERO: Jennifer Olson
Time: 1:41 p.m. – 1:47 p.m.       Law Clerk: C. Cutler

At the hearing, the following rulings were made as stated on the record:

1. The parties are **ORDERED** to attend mediation before Judge Andrew Edison.