United States District Court
Southern District of Texas
**ENTERED**
October 17, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICK HENRY MURPHY, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-19-1106 |
| TDCJ EXECUTIVE DIRECTOR, | § | |
| BRYAN COLLIER, et al., | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Pursuant to the telephonic conference held on October 18, 2019, the parties are **ORDERED** to participate in a mediation conference with Magistrate Judge Andrew M. Edison. Each party is **ORDERED** to send representatives to the mediation conference who have full authority to negotiate a settlement, including a representative from the Texas Department of Criminal Justice. The parties will participate in the mediation conference in good faith.

SIGNED at Houston, Texas, on October 17, 2019.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE