UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Patrick Henry Murphy

v.                                              Case Number: 4:19–cv–01106

Bryan Collier, et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Andrew M Edison**

**PLACE:**
Courtroom 8B
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 10/28/2019

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Settlement Conference

RE: Order – #48

Date:   October 18, 2019                                David J. Bradley, Clerk