IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICK HENRY MURPHY, JR., *Plaintiff,* | § § § | |
| v. | § | CIVIL ACTION NO. 4:19-cv-1106 |
| | § | |
| BRYAN COLLIER, Executive Director of the Texas Department of Criminal Justice, LORIE DAVIS, Director of the Texas Department of Criminal Justice–Correctional Institutions Division, and BILLY LEWIS, Warden of the Huntsville Unit, *Defendants.* | § § § § § § § § § § | |

**RESPONDENT'S NOTICE OF APPEARANCE OF COUNSEL**

This notice is filed to inform the Court that the undersigned attorney will be acting as counsel in this case.

                                              Respectfully submitted,

                                              KEN PAXTON
                                              Attorney General of Texas

                                              JEFF MATEER
                                              First Assistant Attorney General

                                              MARK PENLEY
                                              Deputy Attorney General
                                              for Criminal Justice

                                              EDWARD L. MARSHALL
                                              Chief, Criminal Appeals Division

                                              /s/ Gwendolyn S. Vindell
                                              GWENDOLYN S. VINDELL*
*Lead Counsel                         Assistant Attorney General
                                              State Bar No. 24088591
                                              Southern ID No. 2202376

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
Facsimile No. (512) 936-1280

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I certify that, on the 21st day of October, 2019, a true and correct copy of the above pleading was electronically served to the following counsel for Patrick Henry Murphy, Jr. by filing the foregoing document with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case filing:

David R. Dow
Jeffrey R. Newberry
University of Houston Law Center
4604 Calhoun Rd.
Houston, Texas 77204-6060
Tel. (713) 743-2171

/s/ Gwendolyn S. Vindell
GWENDOLYN S. VINDELL
Assistant Attorney General