UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Patrick Henry Murphy | § § | |
| *versus* | § § | Civil Action 4:19–cv–01106 |
| Bryan Collier, et al. | § | |

## NOTICE OF SETTING

A telephonic Status Conference is set at the following date and time:

**10/30/2019 at 03:30 PM CST
before Judge George C Hanks, Jr**

Please call the Court's conference line **ten minutes** prior to the scheduled hearing.

> Dial in Number: 713-250-5746
> Conference ID: 45746#
> Password: 42657#

Date:   October 29, 2019

David J. Bradley, Clerk