## <u>HEARING MINUTES</u>

Cause No:          4:19-CV-1106

Style:          *Patrick Henry Murphy v. TDCJ Executive Director Bryan Collier et al.*

Hearing Type:     Status conference

**Appearances:**

| <u>**Counsel**</u> | <u>**Representing**</u> |
| --- | --- |
| David R. Dow | Plaintiff |
| Jeffrey R. Newberry | Plaintiff |
| Matthew Dennis Ottoway | Defendants |
| Leah Jean O'Leary | Defendants |

Date:  10/30/2019                    ERO:  Melissa Morgan
Time: 4:09 p.m.–4:17 p.m.          Law Clerk:  Chris Cutler

At the hearing, the following rulings were made as stated on the record:

Status conference held as stated on the record. Plaintiff will file a motion for stay of execution by **close of business on November 4, 2019**. Defendants will file a response to the motion to stay by **close of business on November 6, 2019**.