IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICK HENRY MURPHY, JR., | § § § | |
| *Plaintiff,* | § § | ACTION NO. 4:19-CV-1106 |
| v. | § § | |
| BRYAN COLLIER, et al., | § § | |
| *Defendants.* | § | |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Defendants appeal to the United States Court of Appeals for the Fifth Circuit from this Court's November 7, 2019 order (ECF No. 57) granting Plaintiff a stay of execution.

    Respectfully submitted,

    KEN PAXTON
    Attorney General of Texas

    JEFFREY C. MATEER
    First Assistant Attorney General

    MARK PENLEY
    Deputy Attorney General
    For Criminal Justice

    EDWARD L. MARSHALL
    Chief, Criminal Appeals Division

    MATTHEW OTTOWAY
    Assistant Attorney General

        s/ Gwendolyn S. Vindell
GWENDOLYN S. VINDELL
Assistant Attorney General
Texas Bar No. 24088591
Southern ID No. 2202376

P.O. Box 12548, Capitol Station
Austin, Texas 78711
Tel.:(512) 936-1400
Fax: (512) 936-1280
*Gwendolyn.vindell2@oag.texas.gov*

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

     I do herby certify that on November 7, 2019, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" (NEF) to the following counsel of record, who consented in writing to accept the NEF as service of this document by electronic means:

David R. Dow
Jeffrey R. Newberry
UNIVERSITY OF HOUSTON LAW CENTER
4604 Calhoun Road
Houston, Texas 77204
*ddow@central.uh.edu*
*jrnewber@central.uh.edu*

        s/ Gwendolyn S. Vindell
GWENDOLYN S. VINDELL
Assistant Attorney General