# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

November 4, 2019

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

United States Courts
Southern District of Texas
FILED
*November 07, 2019*

David J. Bradley, Clerk of Court

Re: Patrick H. Murphy
v. Bryan Collier, Executive Director, Texas Department of
Criminal Justice, et al.
No. 18-9832
(Your No. 19-70007)

4:19cv1106

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

November 07, 2019

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 19-70007    Patrick Murphy v. Bryan Collier, et al
                            USDC No. 4:19-CV-1106

Dear Mr. Bradley,

Enclosed is a copy of the Supreme Court order denying certiorari.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Stacy M. Carpenter, Deputy Clerk