UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Patrick Henry Murphy | § | |
| | § | |
| *versus* | § | Civil Action 4:19–cv–01106 |
| | § | |
| Bryan Collier, et al. | § | |

## NOTICE OF SETTING

A telephonic Status Conference is set at the following date and time:

**1/3/2020 at 10:00 AM CST
before Judge George C Hanks, Jr**

Please call the Court's conference line **ten minutes** prior to the scheduled hearing.

Dial in Number: 713-250-5746
Conference ID: 45746#
Password: 42657#

Date:   December 30, 2019

David J. Bradley, Clerk