IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| **PATRICK HENRY MURPHY, JR.,** <br> *Plaintiff,* <br><br> v. <br><br> **BRYAN COLLIER,** Executive Director, <br> Texas Department of Criminal Justice, <br> Huntsville, Texas <br><br> **LORIE DAVIS,** Director, Texas Department <br> of Criminal Justice, Correctional Institutions <br> Division, Huntsville, Texas <br><br> **BILLY LEWIS,** Warden, Texas Department <br> of Criminal Justice, Huntsville Unit, <br> Huntsville, Texas <br><br> *Defendants.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § Civil No. 4:19-cv-01106 <br> § ***CAPITAL CASE*** <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## JOINT MOTION TO EXTEND DEADLINE

During the January 6, 2020 status conference, the Court ordered the parties to confer and jointly file an agreed proposed trial schedule by January 17, 2020. The Court also ordered the parties to confer about discovery and to, if unable to reach an agreement, jointly file a letter seeking a conference with the Court. Today, January 14, the parties conferred as required by the Court's order. During the conference, Counsel for Defendants proposed a potential settlement to resolve this case. Counsel for Plaintiff would like to speak with their client in person about Defendants' offer. Counsel for

Plaintiff have requested to speak with their client on January 17, which is the earliest date either of Plaintiff's attorneys is able to travel to the Polunsky Unit to visit Mr. Murphy. Because there would be no need for either a discovery conference or trial if Mr. Murphy accepts Defendants' proposal, the parties jointly request the deadline be extended to January 24, 2020.

Respectfully submitted,

/s/ David R. Dow
_____
David R. Dow
Texas Bar No. 06064900
University of Houston Law Center
4604 Calhoun Rd.
Houston, Texas 77204-6060
713-743-2171
ddow@central.uh.edu

/s/ Jeffrey R. Newberry
_____
Jeffrey R. Newberry
Texas Bar No. 24060966
University of Houston Law Center
4604 Calhoun Rd.
Houston, Texas 772040-6060
713-743-6843
jrnewber@central.uh.edu

*Counsel for Plaintiff*

/s/ Leah O'Leary
_____
Leah O'Leary
Texas Bar No. 24079074
Assistant Attorney General
Law Enforcement Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
512-463-2080
Leah.Oleary@oag.texas.gov

/s/ Amy L. Prasad
_____
Amy L. Prasad
Texas Bar No. 24037295
Assistant Attorney General
Law Enforcement Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
512-463-2080
Amy.Prasad@oag.texas.gov

*Counsel for Defendants*

## Certificate of Conference

I certify that the parties conferred by telephone about this motion on January 14, 2020 and the motion is being filed jointly.

/s/ Jeffrey R. Newberry
_____
Jeffrey R. Newberry

## Certificate of Service

I certify that on January 14, 2020 a notice of electronic filing was delivered to Counsel for Defendants by the Court's Case Management/Electronic Case Filing system.

Amy L. Hunsucker Prasad
Amy.Prasad@oag.texas.gov
Leah Jean O'Leary
Leah.Oleary@oag.texas.gov
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

/s/ Jeffrey R. Newberry
_____
Jeffrey R. Newberry