IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| **PATRICK HENRY MURPHY, JR.,** *Plaintiff,* | § § § |
| v. | § § |
| **BRYAN COLLIER,** Executive Director, Texas Department of Criminal Justice, Huntsville, Texas | § § § § |
| **LORIE DAVIS,** Director, Texas Department of Criminal Justice, Correctional Institutions Division, Huntsville, Texas | § Civil No. 4:19-cv-01106 § ***CAPITAL CASE*** § § § |
| **BILLY LEWIS,** Warden, Texas Department of Criminal Justice, Huntsville Unit, Huntsville, Texas | § § § § § |
| *Defendants.* | § |

## **ORDER EXTENDING DEADLINE**

On this day the Court considered the parties' Joint Motion to Extend Deadline. (Dkt. 70). After considering the pleading, the Court hereby **GRANTS** the motion. The parties have until January 24, 2020 to jointly file an agreed proposed trial schedule and letter requesting a discovery conference if a settlement is not reached before that date.

SIGNED this _____ day of January, 2020.

_____
George C. Hanks Jr.
United States District Judge