United States District Court
Southern District of Texas
**ENTERED**
January 15, 2020
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICK HENRY MURPHY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-19-1106 |
| TDCJ EXECUTIVE DIRECTOR, | § | |
| BRYAN COLLIER, et al., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

The parties have filed a Joint Motion to Extend Deadline. (Docket Entry No. 70). The Court **GRANTS** the motion. The parties have until **January 24, 2020** to file an agreed proposed trial schedule and letter requesting a discovery conference if a settlement is not reached before that date

SIGNED at Houston, Texas, on _____January 15_____, 2020.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE