IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| **PATRICK HENRY MURPHY, JR.,** <br> *Plaintiff,* <br><br> v. <br><br> **BRYAN COLLIER,** Executive Director, <br> Texas Department of Criminal Justice, <br> Huntsville, Texas <br><br> **LORIE DAVIS,** Director, Texas Department <br> of Criminal Justice, Correctional Institutions <br> Division, Huntsville, Texas <br><br> **BILLY LEWIS,** Warden, Texas Department <br> of Criminal Justice, Huntsville Unit, <br> Huntsville, Texas <br><br> *Defendants.* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § Civil No. 4:19-cv-01106 <br> § ***CAPITAL CASE*** <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## AGREED PROPOSED TRIAL SCHEDULE

Pursuant to the Court's January 6 and January 15 orders, the parties jointly file this agreed proposed trial schedule.

1.      Completion of Discovery:  March 16, 2020

2.      Joint Pretrial Order and Motions in Limine:  March 23, 2020

3.      Docket Call:  March 30, 2020

4.      Bench Trial:  week of April 13, 2020

       The parties anticipate no more than two days are needed for trial.

Plaintiff will be represented at trial by David R. Dow and Jeffrey R. Newberry. Plaintiff anticipates calling approximately three witnesses at trial.

Defendants will be represented at trial by Assistant Attorneys General, Leah O'Leary and Amy Prasad. Defendants anticipate calling four witnesses at trial.

The parties request 30 minutes each for both opening statements and closing arguments.

Respectfully submitted,

/s/ David R. Dow

_____

David R. Dow
Texas Bar No. 06064900
University of Houston Law Center
4604 Calhoun Rd.
Houston, Texas 77204-6060
713-743-2171
ddow@central.uh.edu

/s/ Jeffrey R. Newberry

_____

Jeffrey R. Newberry
Texas Bar No. 24060966
University of Houston Law Center
4604 Calhoun Rd.
Houston, Texas 772040-6060
713-743-6843
jrnewber@central.uh.edu

*Counsel for Plaintiff*

/s/ Leah O'Leary

_____

Leah O'Leary
Texas Bar No. 24079074
Assistant Attorney General
Law Enforcement Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
512-463-2080
Leah.Oleary@oag.texas.gov

/s/ Amy L. Prasad

_____

Amy L. Prasad
Texas Bar No. 24037295
Assistant Attorney General
Law Enforcement Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
512-463-2080
Amy.Prasad@oag.texas.gov

*Counsel for Defendants*

## Certificate of Conference

I certify that the parties conferred by email on January 23 and January 24 about this pleading, and it is being filed jointly.

/s/ Jeffrey R. Newberry

_____

Jeffrey R. Newberry

## Certificate of Service

I certify that on January 24, 2020 a notice of electronic filing was delivered to Counsel for Defendants by the Court's Case Management/Electronic Case Filing system.

Amy L. Hunsucker Prasad
Amy.Prasad@oag.texas.gov
Leah Jean O'Leary
Leah.Oleary@oag.texas.gov
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

/s/ Jeffrey R. Newberry

_____

Jeffrey R. Newberry