January 31, 2020

Honorable George C. Hanks, Jr.
United States District Judge

      RE:    Patrick Murphy v. Bryan Collier, et al., No. 4:19-cv-01106
               Letter Regarding Depositions

To the Honorable Judge George C. Hanks, Jr.:

      Yesterday, January 30, 2020, the Court instructed the parties to submit a letter regarding the parties' plan for depositions to the Court's case manager. Counsel for Mr. Murphy believe testimony from both a security officer who works in the death house prior to executions and Warden Lewis may be both relevant and necessary. However, Counsel for Mr. Murphy have agreed to first depose the security officer and then depose Warden Lewis if Counsel believe they need additional information.

Respectfully submitted,

| | |
|---|---|
| /s/ David R. Dow | /s/ Leah O'Leary |
| Texas Bar No. 06064900 | Texas Bar No. 24079074 |
| University of Houston Law Center | Southern Filing No. 1563191 |
| 4604 Calhoun Rd. | Assistant Attorney General |
| Houston, Texas 77204-6060 | Leah.Oleary@oag.texas.gov |
| 713-743-2171 | |
| ddow@central.uh.edu | /s/ Amy L. Prasad |
| | Texas Bar No. 24037295 |
| /s/ Jeffrey R. Newberry | Southern Filing No. 563045 |
| Texas Bar No. 24060966 | Assistant Attorney General |
| University of Houston Law Center | Amy.Prasad@oag.texas.gov |
| 4604 Calhoun Rd. | |
| Houston, Texas 772040-6060 | Law Enforcement Defense Division |
| 713-743-6843 | P.O. Box 12548 |
| jrnewber@central.uh.edu | Austin, Texas 78711-2548 |
| | P: 512-463-2080 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |