United States District Court
Southern District of Texas
**ENTERED**
April 08, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICK HENRY MURPHY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-19-1106 |
| TDCJ EXECUTIVE DIRECTOR, | § | |
| BRYAN COLLIER, et al., | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

This Order modifies the previous Order for Continuance and Extension. (Docket Entry No. 86).

It is **ORDERED** that the trial in this cause shall be continued. A new trial date will be set at a later time.

It is further **ORDERED** that the deadline for the parties to file proposed findings of fact and conclusions of law shall be extended to a date to be determined by the Court at a later time.

**SIGNED** at Houston, Texas, on April 8, 2020.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE