IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICK HENRY MURPHY, JR., *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 4:19-cv-1106 |
| BRYAN COLLIER, Executive Director of the Texas Department of Criminal Justice, LORIE DAVIS, Director of the Texas Department of Criminal Justice–Correctional Institutions Division, and BILLY LEWIS, Warden of the Huntsville Unit, *Defendants.* | § § § § § § § § § | |

### DEFENDANT BOBBY LUMPKIN'S NOTICE OF SUBSTITUTION FOR LORIE DAVIS

Defendant Bobby Lumpkin, in his official capacity as the Director of the Correctional Institutions Division of the Texas Department of Criminal Justice, submits this notice of substitution of parties pursuant to FED. R. CIV. P 25(d)(1).

Lorie Davis was named as a Defendant in above-styled and -numbered cause in her official capacity only. Lorie Davis has now retired from State service. Effective August 10, 2020, Bobby Lumpkin became the new Director of the Correctional Institutions Division of the Texas Department of Criminal Justice.

Bobby Lumpkin, accordingly, is automatically substituted for Lorie Davis, in his official capacity only.

Defendants Bryan Collier, Bobby Lumpkin, and Billy Lewis respectfully request that this Court recognize the substitution of the party.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**RYAN L. BANGERT**
Deputy First Assistant Attorney General

**DARREN L. MCCARTY**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Division Chief, Law Enforcement Defense Division

**AMY L. PRASAD**
Assistant Attorney General
Co-Counsel
Texas Bar No. 24037295
Southern District No. 563045
Amy.Prasad@oag.texas.gov

*/s/ Leah O'Leary*
**LEAH O'LEARY**
Assistant Attorney General
Attorney-in-Charge
State Bar No. 24079074
Southern District No. 1563191
Leah.Oleary@oag.texas.gov

Law Enforcement Defense Division
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 370-9918

**JAY CLENDENIN**
Assistant Attorney General
Co-Counsel
Texas Bar No. 24059589
Southern District No. 920324
Jay.Clendenin@oag.texas.gov

**ATTORNEYS FOR DEFENDANTS
COLLIER, LUMPKIN, AND LEWIS**

### NOTICE OF ELECTRONIC FILING

I, **LEAH O'LEARY**, Assistant Attorney General of Texas, certify that I have electronically submitted for filing a true and correct copy of the foregoing in accordance with the Electronic Case Files system of the Southern District of Texas, on September 16, 2020.

> */s/ Leah O'Leary*
> **LEAH O'LEARY**
> Assistant Attorney General

### CERTIFICATE OF SERVICE

I, **LEAH O'LEARY**, Assistant Attorney General of Texas, certify that a true and correct copy of the foregoing has been served on all attorneys of record by electronic notification through the ECF system for the Southern District of Texas on September 16, 2020, to all counsel of record.

> */s/ Leah O'Leary*
> **LEAH O'LEARY**
> Assistant Attorney General