IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PATRICK HENRY MURPHY, JR., § <br> *Plaintiff,* § <br> § <br> v.  § <br> § <br> TDCJ EXECUTIVE DIRECTOR § <br> BRYAN COLLIER, *et al.,* § <br> *Defendants.* § | CIVIL ACTION NO. 4:19-cv-1106 |

### DEFENDANT DENNIS CROWLEY'S NOTICE OF SUBSTITUTION FOR BILLY LEWIS

Defendant Dennis Crowley, in his official capacity as the Senior Warden of the Huntsville Unit of the Texas Department of Criminal Justice (TDCJ), submits this notice of substitution of parties pursuant to Fed. R. Civ. P 25(d)(1).

Billy Lewis was named as a Defendant in above-styled and -numbered cause in his official capacity only.  Mr. Lewis has been promoted to Deputy Division Director for the Manufacturing, Agribusiness and Logistics Division of TDCJ, effective December 1, 2020.  Effective that same day, Mr. Crowley became the new Senior Warden of the Huntsville Unit.

Dennis Crowley, accordingly, is automatically substituted for Billy Lewis, in his official capacity only.

Defendants Bryan Collier, Bobby Lumpkin, and Dennis Crowley respectfully request that this Court recognize the substitution of the party.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

1

**BRENT WEBSTER**
First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Division Chief, Law Enforcement Defense Division

**LEAH O'LEARY**
Assistant Attorney General
Attorney-in-Charge
State Bar No. 24079074
Southern District No. 1563191
Leah.Oleary@oag.texas.gov

*/s/ Amy L. Prasad*
**AMY L. PRASAD**
Assistant Attorney General
Co-Counsel
Texas Bar No. 24037295
Southern District No. 563045
Amy.Prasad@oag.texas.gov

Law Enforcement Defense Division
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 370-9918

**ATTORNEYS FOR DEFENDANTS**
**COLLIER, LUMPKIN, AND CROWLEY**

## NOTICE OF ELECTRONIC FILING

I, **Amy L. Prasad**, Assistant Attorney General of Texas, certify that I have electronically submitted for filing a true and correct copy of the foregoing in accordance with the Electronic Case Files system of the Southern District of Texas, on December 10, 2020.

*/s/ Amy L. Prasad*
**AMY L. PRASAD**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **Amy L. Prasad**, Assistant Attorney General of Texas, certify that a true and correct copy of the foregoing has been served on all attorneys of record by electronic notification through the ECF system for the Southern District of Texas on December 10, 2020, to all counsel of record.

*/s/ Amy L. Prasad*
**AMY L. PRASAD**
Assistant Attorney General