Case 4:19-cv-01106   Document 98   Filed on 08/11/21 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 11, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PATRICK HENRY MURPHY, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. H-19-1106 |
| TDCJ EXECUTIVE DIRECTOR, § | |
| BRYAN COLLIER, et al., § | |
| § | |
| *Defendants*. § | |

**ORDER**

Patrick Henry Murphy, an inmate on Texas' death row, filed suit under 42 U.S.C. § 1983 arguing that the defendants will limit access to his chosen spiritual advisor before and during his execution. This Court scheduled a bench trial. On the parties' joint motion, the Court continued the trial because of the COVID-19 pandemic. (Docket Entry Nos. 86, 90).

On April 21, 2021, Texas Department of Criminal Justice adopted a new execution protocol which, with certain preliminary requirements, will allow an inmate's chosen spiritual advisor to accompany him during an execution. With the reopening from the COVID-19 pandemic and the change to TDCJ policy, the Court **ORDERS** the parties to confer and provide a joint status report on the anticipated path forward in this litigation and any other matters deemed necessary by the parties. The parties will provide the briefing within ten (10) days from the entry of this Order.

SIGNED at Houston, Texas, this 11th day of August, 2021.

_____
GEORGE C. HANKS, JR.

UNITED STATES DISTRICT JUDGE