United States District Court
Southern District of Texas
**ENTERED**
September 16, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICK HENRY MURPHY, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-1106 |
| | § | |
| TDCJ EXECUTIVE DIRECTOR, | § | |
| BRYAN COLLIER, et al., | § | |
| | § | |
| Defendants. | | |

## SCHEDULING ORDER

Pursuant to the parties' agreement in the joint status report, Dkt. 99, the Court enters the following deadlines:

Dispositive motions due: **October 1, 2021**

Responses to dispositive motions due: **November 1, 2021**

Replies due: **November 12, 2021.**

SIGNED at Houston, Texas, this 16th day of September, 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE