United States District Court
Southern District of Texas
**ENTERED**
September 20, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICK HENRY MURPHY, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-1106 |
| | § | |
| TDCJ EXECUTIVE DIRECTOR, | § | |
| BRYAN COLLIER, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Defendants have filed an unopposed motion to stay the deadlines set forth in the scheduling order governing this case.  Dkt. 101.  The Court **GRANTS** Defendants' motion in light of the pending United States Supreme Court case of *Ramirez v. Collier*, No. 21-5592.  All deadlines in this case are stayed.

With the pending Supreme Court proceedings in *Ramirez*, the Court *sua sponte* finds that it would be appropriate to stay this case.  This case is **STAYED** and **ADMINISTRATIVELY CLOSED**.  The Court directs the parties to submit a motion to reopen the case and a new joint proposed scheduling order when appropriate given the proceedings in *Ramirez*.

SIGNED at Houston, Texas, this 20th day of September, 2021.

_George C. Hanks Jr_
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE