United States District Court
Southern District of Texas
**ENTERED**
May 11, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PATRICK HENRY MURPHY, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. H-19-1106 |
| TDCJ EXECUTIVE DIRECTOR, § | |
| BRYAN COLLIER, et al., § | |
| § | |
| *Defendants*. § | |

### ORDER

On September 20, 2021, the Court stayed and administratively closed this case in light of the pending United States Supreme Court case of *Ramirez v. Collier*, No. 21-5592.  (Docket Entry No. 102).  The Court ordered the parties to submit a motion to reopen the case and a new joint proposed scheduling order when appropriate given the proceedings in *Ramirez*.  On March 24, 2022, the Supreme Court issued an opinion in *Ramirez*.  *Ramirez v. Collier*, 142 S. Ct. 1264 (2022).

The parties have not yet moved to reopen this case.  The Court, therefore, **DIRECTS** the Clerk to reopen this case and place it on the active docket.  The Court **ORDERS** the parties to confer and submit a joint proposed scheduling order for the remaining litigation in this case within **twenty-one (21) days** from the entry of this Order.

**SIGNED** at Houston, Texas, on _____May 11_____, 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE