**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **PATRICK HENRY MURPHY, JR.,** | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | **Civil Action No. 4:19-cv-01106** |
| **v.** | § | |
| | § | |
| **BRYAN COLLIER,** *et al.,* | § | |
| *Defendants,* | § | |

---

### DEFENDANTS' MOTION TO SUBSTITUTE ATTORNEY-IN-CHARGE

Defendants Bryan Collier, Bobby Lumpkin, and Kelly Strong[1] ("Defendants"), through the Office of the Attorney General, submit this Motion to Substitute Attorney-in-Charge.

The current Attorney-in-Charge for Defendants, Assistant Attorney General ("AAG") Leah O'Leary, transferred to a separate Agency of the State of Texas, resulting in the administrative assignment of this case to AAG Michael J. Calb. Defendants respectfully request that the Court grant this motion to substitute attorney-in-charge, remove Leah O'Leary as the attorney of record, and substitute AAG Michael J. Calb as the attorney of record.

Respectfully Submitted,

**ANGELA COLMENERO**
Provisional Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

---

[1] Kelly Strong has replaced Dennis Crowley as the Senior Warden of the Huntsville Unit.  Because Mr. Crowley is currently a defendant in his official capacity only, Ms. Strong is automatically substituted as the proper party. *See* Fed. R. Civ. P. 25(d).  Ms. Strong will file a notice of substitution separately.

**JAMES LLOYD**
Acting Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Division Chief
Law Enforcement Defense Division

/s/ Michael J. Calb
**MICHAEL J. CALB**
Attorney in Charge
Assistant Attorney General
Texas State Bar No. 24126986
Michael.Calb@oag.texas.gov

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 370-9814

**ATTORNEYS FOR DEFENDANS**

## CERTIFICATE OF SERVICE

I, **MICHAEL J. CALB**, Assistant Attorney General of Texas, certify that a true copy of the **Defendants' Motion to Substitute Attorney-In-Charge** has been served via the Electronic Case Filing System of the Southern District of Texas, on all counsel of record, on August 29, 2023.

/s/ Michael J. Calb
**MICHAEL J. CALB**
Assistant Attorney General