IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **PATRICK HENRY MURPHY, JR.,** *Plaintiff,* | § § § § § § § § § |
| v. | |
| **BRYAN COLLIER,** *et al.,* *Defendants,* | Civil Action No. 4:19-cv-01106 |

**ORDER**

On this day, the Court considered **Defendants' Bryan Collier, Bobby Lumpkin and Kelly Strong's Motion to Substitute Attorney-In-Charge.** After considering the motion, the Court is of the opinion that the motion has merit. Therefore, it is

**ORDERED** that Defendants' motion is in all things **GRANTED**. It is further

**ORDERED** that Leah O'Leary shall be removed as counsel of record and no longer receive case notifications. It is further

**ORDERED** that Michael J. Calb shall be substituted as the attorney of record.

**SIGNED** this ____ day of _____, 2023.

_____
**UNITED STATES DISTRICT JUDGE**