IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **PATRICK HENRY MURPHY, JR.,** *Plaintiff,* | § § § § | |
| | § | **Civil Action No. 4:19-cv-01106** |
| v. | § § | |
| **BRYAN COLLIER,** *et al.,* *Defendants,* | § § § | |

## DEFENDANT KELLY STRONG'S NOTICE OF SUBSTITUTION FOR DENNIS CROWLEY

Defendant Kelly Strong ("Strong"), in her official capacity as the Senior Warden of the Huntsville Unit of the Texas Department of Criminal Justice (TDCJ), submits this notice of substitution of parties pursuant to FED. R. CIV. P 25(d)(1).

Billy Lewis was named as a Defendant in his official capacity only as the Senior Warden of TDCJ's Huntsville Unit. Mr. Lewis was then replaced by Dennis Crowley, who filed a notice of substitution on December 12, 2020. ECF No. 97. Mr. Crowley has recently been replaced by Kelly Strong, who now is automatically substituted for Mr. Crowley.

Defendant Strong respectfully requests that this Court recognize the substitution of party.

Respectfully Submitted,

**ANGELA COLMENERO**
Provisional Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Acting Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Division Chief
Law Enforcement Defense Division

/s/ Michael J. Calb
**MICHAEL J. CALB**
Attorney in Charge
Assistant Attorney General
Texas State Bar No. 24126986
Michael.Calb@oag.texas.gov

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 370-9814

**ATTORNEYS FOR DEFENDANS**

**CERTIFICATE OF SERVICE**

I, **MICHAEL J. CALB**, Assistant Attorney General of Texas, certify that a true copy of the foregoing has been served via the Electronic Case Filing System of the Southern District of Texas, on all counsel of record, on August 29, 2023.

*/s/ Michael J. Calb*
**MICHAEL J. CALB**
Assistant Attorney General

2