IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICK HENRY MURPHY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-19-1106 |
| TDCJ EXECUTIVE DIRECTOR, | § | |
| BRYAN COLLIER, et al., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

The Defendants Bryan Collier, Bobby Lumpkin and Kelly Strong have filed a Motion to Substitute Attorney-In-Charge. (Docket Entry No. 105). The **GRANTS** the Defendants' motion. Leah O'Leary shall be removed as counsel of record and no longer receive case notifications. Michael J. Calb shall be substituted as the attorney of record.

**SIGNED** at Houston, Texas, on September 21, 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE