United States District Court
Southern District of Texas
**ENTERED**
September 21, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICK HENRY MURPHY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-19-1106 |
| TDCJ EXECUTIVE DIRECTOR, | § | |
| BRYAN COLLIER, et al., | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

In 2019, Patrick Henry Murphy, an inmate on Texas' death row, filed suit under 42 U.S.C. § 1983 arguing that the defendants will limit access to his chosen spiritual advisor before and during his execution. Throughout life of this lawsuit, the policies which gave rise to Murphy's complaint have changed and significant federal jurisprudence has addressed some issues he raises. The Court placed this case on the active docket after the United States Supreme Court decided a related case. (Docket Entry No. 103). On June 1, 2022, the parties filed a joint advisory stating that they "commit[ted] to actively engage in continued discussions in an attempt to resolve the outstanding issues, or to quickly notify the Court if it is determined that an issue cannot be mutually resolved among the parties." (Docket Entry No. 104 at 2).

It has been over a year and the parties have not provided any information suggesting that they have moved this case toward resolution. The Court, therefore, **ORDERS** the parties to confer and provide a joint report on the status of this case. The parties will specify what efforts they have made in the past year to move this matter forward and what issues remain for adjudication. The

parties will propose a schedule that will move this case toward adjudication. The parties may each also address any other matters deemed necessary.

    **SIGNED** at Houston, Texas, on September 21, 2023.

                                                      _/s/ George C. Hanks, Jr._
                                                      GEORGE C. HANKS, JR.
                                                      UNITED STATES DISTRICT JUDGE