United States District Court
Southern District of Texas
**ENTERED**
July 05, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PATRICK HENRY MURPHY, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. H-19-1106 |
| TDCJ EXECUTIVE DIRECTOR, § | |
| BRYAN COLLIER, et al., § | |
| § | |
| *Defendants*. § | |

**FINAL JUDGMENT**

The Court **DISMISSES** this case **WITHOUT PREJDUICE**.

This is a final judgment.

SIGNED at Houston, Texas on July 5, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE